UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                            :     Case No. 17-22770 (RDD)
                                                                 :
21st Century Oncology Holdings, Inc., *et al.,*    :     Jointly Administered
                                                                 :
                              Debtor.                       :
------------------------------------------------------------x

# AMENDED NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of 21st Century Oncology Holdings, Inc., and its affiliated debtors-in-possession:

1. Elekta, Inc.
   400 Perimeter Center Terrace, Suite 50
   Atlanta, GA  30346
   Contact: Michael J. Hartman, Sr. VP, Legal Affairs
   Telephone:  (770) 300-9725

2. Florida Oncology Partners, LLC
   2400 Research Boulevard, Suite 325
   Rockville, MD  20850
   Contact: Alan Gold, Managing Member
   Telephone:  (301) 208-8998

3. McKesson Specialty Care Distribution Corporation
   401 Mason Road
   Laverne, TN  37086
   Contact: David J. Corcoran, VP
   Telephone (615) 287-5342

4. Steven Brehio
   7 Dearfield Court
   Lincoln, RI  02865
   Contact: Steven Brehio
   Telephone:  (617) 909-6862

5. Cardinal Health 108, LLC
   7000 Cardinal Place
   Dublin, OH  43017
   Contact: Brandon Nickoli, Credit Advisor
   Telephone: (614) 553-3272

Dated: New York, New York
       June 16, 2017

           Sincerely,

           WILLIAM K. HARRINGTON,
           UNITED STATES TRUSTEE

           ***By:***   ***/s/ Susan D. Golden***
                   Susan D. Golden
                   Trial Attorney
                   U.S. Department of Justice
                   Office of the United States Trustee
                   U.S. Federal Office Building
                   201 Varick Street, Room 1006
                   New York, NY 10014
                   Tel. (212) 510-0500
                   Fax (212) 668-2255