Christopher Marcus, P.C.
John T. Weber
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

James H.M. Sprayregen, P.C.
William A. Guerrieri (admitted *pro hac vice*)
Alexandra Schwarzman (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 21st CENTURY ONCOLOGY HOLDINGS, LLC. | Case No. 17-22770 (RDD) |
| Debtor. | |

**DEBTOR 21st CENTURY ONCOLOGY HOLDINGS, LLC.**
**SCHEDULES OF ASSETS AND LIABILITIES (CASE NO. 17-22770)**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| 21st CENTURY ONCOLOGY HOLDINGS, INC., *et al.*,[1] | ) Case No. 17-22770 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

**General**

The Schedules of Assets and Liabilities (collectively, the "*Schedules*") and the Statements of Financial Affairs (collectively, the "*Statements*" and, together with the Schedules, the "*Schedules and Statements*") filed by 21st Century Oncology Holdings, Inc. ("*21CH*" or the "*Company*") and its debtor affiliates, as chapter 11 debtors and debtors in possession (collectively the "*Debtors*") pending in the United States Bankruptcy Court for the Southern District of New York (the "*Bankruptcy Court*") were prepared, pursuant to section 521 of title 11 of the United States Code (the "*Bankruptcy Code*") and Rule 1007 of the Federal Rules of Bankruptcy Procedure, by management of the Debtors, with the assistance of the Debtors' advisors, and are unaudited.

While the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim (as defined in section 101(5) of the Bankruptcy Code, "*Claim*") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed,"

---

[1] Each of the Debtors in the above-captioned jointly administered chapter 11 cases and their respective tax identification numbers are set forth in the *Order Directing Joint Administration of Chapter 11 Cases* [Docket No. 30]. The location of 21st Century Oncology Holdings, Inc.'s corporate headquarters and the Debtors' service address is: 2270 Colonial Boulevard, Fort Myers, Florida 33907.

"contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Nothing contained in the Schedules and Statements shall constitute a waiver of any right of the Debtors or an admission with respect to their chapter 11 cases (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers).

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist.

The Debtors and their agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event will the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Mr. Paul Rundell, Interim Chief Executive Officer of the Debtors and authorized agent at each of the Debtors. Accordingly, in reviewing and signing the Schedules and Statements, Mr. Rundell necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Mr. Rundell has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules and Statements (the "*Global Notes*") are incorporated by

reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

## Global Notes and Overview of Methodology

### Description of the Cases and Information Date

On May 25, 2017, 2017 (the "***Petition Date***"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The chapter 11 cases are being jointly administered under Case No. 17-22770 (RDD). The Debtors continue to operate their business and manage their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On May 26, 2017, an order was entered directing joint administration of these chapter 11 cases [Docket No. 30]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of April 30, 2017, and the liability data of the Debtors as of the close of business on the Petition Date.

### Basis of Presentation

For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements that were consolidated at 21CH. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("***GAAP***"). Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

---

[2]    These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

**Amendment of Schedules and Statements**

While reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary or appropriate.

## General Disclosures Applicable to Schedules and Statements

1. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "*Causes of Action*") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

2. **Recharacterization**. The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have improperly characterized, classified, categorized, designated or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

3. **Claim Designations**. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtors.

**4. Unliquidated Claim Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

**5. Undetermined Amounts.** The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

**6. Court Orders.** Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases entered on or about May 26, 2017 (collectively, the "*First Day Orders*"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees, lienholders, vendors, insurers, patient credits/refunds, and taxing authorities. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore generally are not listed in the Schedules and Statements. Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement their Schedules and Statements.

**7. Other Paid Claims.** To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Debtors' Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

**8. Valuation**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, net book values as of April 30, 2017 are reflected on the Schedules and Statements. Exceptions to this include operating cash and certain other assets. Operating cash is presented at bank balance as of the Petition Date. Certain other assets, such as construction in process, leasehold improvements, investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be an admission that any Debtor was solvent or insolvent as of the Petition Date.

5

9.      **Liabilities.** The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

10.      **Excluded Assets and Liabilities**. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including without limitation, accrued salaries, employee benefit accruals and accrued accounts payable. In addition and as set forth above, the Debtors may have excluded amounts for which the Debtors have been granted authority to pay pursuant to a First Day Order or other order that may be entered by the Bankruptcy Court. The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage claims exist. Also, certain immaterial assets and liabilities may have been excluded. In addition, certain immaterial assets and liabilities may have been excluded.

11.      **Confidential or Sensitive Information**. There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual based on the Health Insurance Portability and Accountability Act of 1996 ("*HIPAA*") or otherwise.  The alterations will be limited to only what is necessary to protect the Debtor or third party.

12.      **Leases**. The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule F of the Schedules.

13.      **Contingent Assets**. The Debtors believe that they may possess certain claims and causes of action against various parties. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

The Debtors may also possess contingent and unliquidated claims against affiliate Debtor entities for various financial accommodations and similar benefits they have extended from time to time, including contingent and unliquidated claims for contribution, reimbursement, and/or indemnification arising from, among other things, (i) letters of credit, (ii) notes payable and receivable, (iii) surety bonds, (iv) guarantees, (v) indemnities, and (vi) warranties. Additionally, prior to the relevant Petition Date, each Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages. Refer to each Statement, item 4(a)(i), for lawsuits commenced prior to the relevant Petition Date in which the Debtor was a plaintiff.

14.     **Intercompany Accounts**. The Debtors record intercompany assets and liabilities through intercompany trade (includes trade and other business-related transactions) accounts. Intercompany trade accounts record transactions between 21CH's subsidiaries and affiliates related to expense allocation, management services agreements, administrative services agreements, professional services agreements, radiation therapy services agreements or like agreements.  The Debtors have eliminated intra-company activity within each legal entity. For additional information regarding the Debtors' intercompany transactions and related cash management protocols, see *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management Systems, (B) Maintain Existing Bank Accounts and Business Forms; (II) Authorizing Continued Intercompany Transactions; (III) Granting Administrative Expenses Status to Intercompany Claims; and (IV) Granting Related Relief* [Docket No. 14] (the "***Cash Management Motion***").

15.     **Guarantees and Other Secondary Liability Claims**. The Debtors have used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, "***Guarantees***") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where such Guarantees have been identified, they have been included in the relevant Schedule H for the Debtor or Debtors affected by such Guarantees. However, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.  Thus, the Debtors reserve all of their rights to amend the Schedules to the extent that additional Guarantees are identified.

16.     **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

17.     **Executory Contracts**. Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

18.     **Liens**. The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment.

19.     **Estimates**. To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the

reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

20.     **Fiscal Year**. Each Debtor's fiscal year ends on or about December 31.

21.     **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

22.     **Property and Equipment**. Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

23.     **Claims of Third-Party Related Entities**. While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to same. Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

24.     **Interest in Subsidiaries and Affiliates**. Debtor 21st Century Oncology, Investments, LLC is the 100% equity holder of 21CH, which in turn is a holding company with each of the other Debtors being wholly-owned direct or indirect subsidiaries of 21CH.  Each Debtor's Schedule A/B15 or Statement 25 contains a listing of the current capital structure of the Debtors and includes ownership interests.

25.     **Umbrella or Master Agreements**. Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement.

26.     **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

27.     **Setoffs**. The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for

when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

28.    **Insiders**. In the circumstance where the Schedules and Statements require information regarding "insiders" the Debtors have included information with respect to the individuals and entities that the Debtors believe are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities. In the interest of additional disclosure, the Debtors have also included certain individuals who may have officer titles in their responses to Statements, Part 13, Question 28.

Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

29.    **Controlling Shareholders**. For purposes of the Schedules and Statements, the Debtors define "controlling shareholders" to include entities that directly hold in excess of 20% of the voting shares of the applicable Debtor entity.  Entities listed as "controlling shareholders" have been included for informational purposes only.  The Debtors do not take any position with respect to such entity's influence over the control of the Debtors or whether such entity could successfully argue that it is not a "controlling shareholder" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

30.    **Payments**. The financial affairs and business of the Debtors are complex. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "***Cash Management Systems***") (as described in the Cash Management Motion). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, if appropriate.

31.    **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

32.    **Gross Revenue**. Amounts listed for gross revenue in in the Part 1 of the Statements from the beginning of the fiscal year to filing date reflects gross revenue from such Debtor's business for the period of January 1, 2017 through and including May 31, 2017.

**Specific Notes Regarding Schedule A/B**

1.    **Schedule A/B-3 - Checking, savings, or other financial accounts, CDs, etc**. Schedule A/B-3 lists closing bank balances as of May 24, 2017.

2. **Schedule A/B-11 - Accounts Receivable**. Schedule A/B 11 lists account receivable as of May 24, 2017.

3. **Schedule A/B-15 – Stock and interests in incorporated and unincorporated businesses**. See Schedule Exhibit A/B-15 for additional businesses the Debtor was a parent of or owned a significant interest in.

4. **Schedule A/B-39 - Office Equipment**. Certain of the Debtor's office equipment, furnishings, and supplies are not capitalized based on its accounting policies and procedures. These assets are not listed herein.

5. **Schedule A/B-40 - Business Equipment**. Certain of the Debtor's machinery, fixtures, equipment, and supplies used in patient treatment in the operation of the business are not capitalized based on its accounting policies and procedures. These assets are not listed herein.

6. **Schedule A/B-72 – Unused net operating losses (NOLs)**. NOLs are listed as of December 31, 2016, subject to certain annual limitations. The Debtors expect that additional NOLs will be generated in 2017.

**Specific Notes Regarding Schedule D**

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not nor shall it be deemed an admission as to the validity of any such lien. Conversely, the Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facilities and the Debtors' prepetition senior unsecured notes, only the administrative agents or indenture trustee, as applicable, have been listed for purposes of Schedule D. The amounts reflected outstanding under the Debtors' prepetition secured credit facilities and the Debtors' prepetition senior unsecured notes reflect approximate amounts as of the Petition Date.

In certain instances, a Debtor may be a co-obligor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable

loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of Paul Rundell (I) in Support of First Day Motions and (II) Pursuant to Local Bankruptcy Rule 1007-2* [Docket No. 16].

**Specific Notes Regarding Schedule E/F**

**1.    Creditors Holding Priority Unsecured Claims**. The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and/or the priority status of any claim on any basis at any time.

The claim listed on the Debtors' Schedule E/F is a claim owed to a taxing authority to which the Debtors may potentially be liable. However, the claim is subject to on-going audit and the Debtors are otherwise unable to determine with certainty the amount of the claim listed on Schedule E/F. Therefore, the Debtors have listed as the claim as unknown in amount, pending final resolution of the on-going audit or other outstanding issues.

As noted in the Global Notes, the Bankruptcy Court entered the *Final Order Authorizing the Debtors to (I) Pay Certain Prepetition Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (II) Continue Employee Benefits* [Docket No. 132], granting authority to the Debtors to pay certain prepetition employee wage and other obligations in the ordinary course (the "***Employee Wage Order***"). Pursuant to the Employee Wage Order, the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations for employee wages, salaries, variable compensation and other compensation, reimbursable employee expenses, and employee medical and similar benefits. The Debtors have not listed on Schedule E/F any wage or wage-related obligations for which the Debtors have been granted authority to pay pursuant to the Employee Wage Order or other order that may be entered by the Bankruptcy Court. The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during their chapter 11 cases pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court.

**2.    Creditors Holding Nonpriority Unsecured Claims**. The Debtors have used their reasonable best efforts to list all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records.

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records as required in accordance with GAAP.  Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Schedule E/F does not include certain reserves for potential unliquidated contingencies that historically were carried on the Debtors' books as of the Petition Date; such reserves were for potential liabilities only and do not represent actual liabilities as of the Petition Date.

The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

Schedule E/F contains information regarding potential and pending litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. To the extent that litigation involving a particular Debtor has been identified, however, such information is contained in the Schedule for that Debtor.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

Except in certain limited circumstances, the Debtors have not scheduled contingent and unliquidated liabilities related to guaranty obligations on Schedule E/F. Such guaranties are, instead, listed on Schedule H.

The claims of individual creditors for, among other things, goods, services, or taxes listed on the Debtors' books and records may not reflect credits or allowances due from such creditors. The Debtors reserve all of their rights in respect of such credits or allowances. The dollar amounts listed may be exclusive of contingent or unliquidated amounts.

Unless the Debtors were required to pay ancillary costs, such as freight, miscellaneous fees and taxes, such costs are not included in the liabilities scheduled, as such amounts do not represent actual liabilities of the Debtor.

**3.     Schedule – Intercompany**. The Debtors maintain business relationships among each other, domestic subsidiaries and affiliates, and with their foreign subsidiaries and affiliates based in South America and Central America (collectively, the "***Foreign Subsidiaries***") resulting in intercompany receivables and payables in the ordinary course of business. Such Intercompany Claims arise (a) among the Debtors and domestic subsidiaries and affiliates and (b) between the Debtors and the Foreign Subsidiaries pursuant to intercompany arrangements. The respective intercompany accounts payable and accounts receivable are listed at the net amount due to/due from the Debtor as of April 30, 2017 on Schedule E/F for each Debtor.

**4.     Schedule - Trade Payables**. Trade Payables listed on Schedule E/F contain the pre-petition liability information available to the Debtors as of the date of filing and do not include invoices that were paid subsequent to the Petition Date related to prepetition obligations per the First Day Orders or other orders of the Court.

12

**Specific Notes Regarding Schedule G**

**5.**    **Executory Contracts**. While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument or other document is listed thereon.

In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for supplies, pharmaceuticals, equipment maintenance, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G.  To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule E/F.

As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents also are not set forth in Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's

claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary. Inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts or unexpired leases could not be specifically ascertained in every circumstance. In such cases, the Debtors used their best efforts to determine the correct Debtor's Schedule G on which to list such executory contract or unexpired lease.

In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, both written and oral, regarding the provision of certain services on a month to month basis. To the extent such contracts or agreements constitute executory contracts, these contracts and agreements are not listed individually on Schedule G.

Certain of the executory contracts may not have been memorialized and could be subject to dispute; executory agreements that are oral in nature have not been included in Schedule G.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G.

Certain of the executory contracts and unexpired leases listed in Schedule G were assigned to, assumed by, or otherwise transferred to certain of the Debtors in connection with, among other things, acquisitions by the Debtors.

The Debtors generally have not included on Schedule G any insurance policies, the premiums for which have been prepaid. The Debtors submit that prepaid insurance policies are not executory contracts pursuant to section 365 of the Bankruptcy Code because no further payment or other material performance is required by the Debtors. Nonetheless, the Debtors recognize that in order to enjoy the benefits of continued coverage for certain claims under these policies, the Debtors may have to comply with certain non-monetary obligations, such as the provision of notice of claims and cooperation with insurers. In the event that the Bankruptcy Court were to ever determine that any such prepaid insurance policies are executory contracts, the Debtors reserve all of their rights to amend Schedule G to include such policies, as appropriate.

In addition, Schedule G does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The

14

Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

Certain of the agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor obligor(s) to certain of the agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to list the agreement and, where a contract party remained uncertain, such agreements may have been listed on a different Debtor's Schedule G.

**Specific Notes Regarding Schedule H**

**6.     Co-Debtors**. In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth individually on Schedule H. However, some such claims may be listed elsewhere in the Schedules and Statements.

*       *       *       *       *

**Fill in this information to identify the case:**

Debtor name   21st Century Oncology Holdings, Inc.

United States Bankruptcy Court for the: Southern          District of New York
                                                                    (State)

Case number (If known):   17-22770 (RDD)

☐ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

## Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ...............................................................................................................
       $ _____ 0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..............................................................................................................
       $ ____ 274,878,402.62
       + undetermined amounts

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ...............................................................................................................
       $ ____ 274,878,402.62
       + undetermined amounts

## Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................
   $ ____ 727,661,756.32
   + undetermined amounts

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................................
       $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .........................................................
       **+** $ ____ 22,749,559.63
       + undetermined amounts

4. **Total liabilities**...................................................................................................................................................
   Lines 2 + 3a + 3b
   $ ____ 750,411,315.95
   + undetermined amounts

Official Form 206Sum          **Summary of Assets and Liabilities for Non-Individuals**          page 1

**Fill in this information to identify the case:**

Debtor name  21st Century Oncology Holdings, Inc.

United States Bankruptcy Court for the: Southern _____ District of New York
(State)

Case number (If known):  17-22770 (RDD)

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** $_____0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Attached Rider | | ___ ___ ___ ___ | $_____5,000.00 |
| 3.2. | | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

4.1. None $_____0.00

4.2. _____ $_____

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $_____5,000.00 |

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____ $_____

7.2. _____ $_____

Debtor    21st Century Oncology Holdings, Inc.                     Case number (*if known*) 17-22770 (RDD)
              Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____
   8.2._____    $_____

9. **Total of Part 2.**                                            | $                0.00 |

   Add lines 7 through 8. Copy the total to line 81.

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    |  | **Current value of debtor's interest** |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:   _____ – _____ = ......➔    $_____
                                     face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:      _____ – _____ = ......➔    $_____
                                     face amount        doubtful or uncollectible accounts

12. **Total of Part 3**                                            | $                0.00 |

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

    |  | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. None _____    _____    $                0.00
    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1. See Attached Rider _____    _____%    _____    $                0.00
    15.2. _____    _____%    _____    $_____
                                                                                    + undetermined amounts

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. None _____    _____    $                0.00
    16.2. _____    _____    $_____

17. **Total of Part 4**                                            | $                0.00 |
                                                                     | + undetermined amounts |

    Add lines 14 through 16. Copy the total to line 83.

---

Debtor     21st Century Oncology Holdings, Inc.                          Case number (*if known*) 17-22770 (RDD)
           Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No
   ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor     21st Century Oncology Holdings, Inc.        Case number *(if known)* 17-22770 (RDD)
            Name

---

33. **Total of Part 6.**                                                  $ _____ 0.00

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No
     ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** _____ | $ _____ | _____ | $ _____ |
| 40. **Office fixtures** _____ | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** _____ | $ _____ | _____ | $ _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**                                               $ _____ 0.00

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

Debtor     21st Century Oncology Holdings, Inc.        Case number (*if known*)   17-22770 (RDD)
Name

---

### Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☒ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

                                   $_____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Debtor | 21st Century Oncology Holdings, Inc. | Case number (if known) | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____0.00

Debtor    21st Century Oncology Holdings, Inc.                    Case number (if known)  17-22770 (RDD)
          _____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
    Description (include name of obligor)

    _____  —  _____  = ➡  $_____
                                        Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

| | | |
|---|---|---|
| See Attached Rider | Tax year _____ | $        35,796,523.25 |
| | Tax year _____ | $_____ |
| | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

    See Attached Rider       $                0.00
                             + undetermined amounts

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    None                     $                0.00

    **Nature of claim**        _____

    **Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    None                     $                0.00

    **Nature of claim**        _____

    **Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

    None                     $                0.00

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    See Attached Rider       $       239,076,879.37

                             $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.

    $       274,873,402.62
    + undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

Debtor    21st Century Oncology Holdings, Inc.                         Case number (if known)    17-22770 (RDD)
          Name

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 5,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 + undetermined amounts | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $ 274,873,402.62 + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. .........................91a. | $ 274,878,402.62 + undetermined amounts | ✚ 91b. $ 0.00 |

| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................................ | $ 274,878,402.62 + undetermined amounts |

Debtor Name: 21st Century Oncology Holdings, Inc.                                    Case Number: 17-22770 (RDD)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| WELLS FARGO BANK | Operating | 5953 | $5,000.00 |
| | | **TOTAL** | **$5,000.00** |

Debtor Name: 21st Century Oncology Holdings, Inc.                         Case Number: 17-22770 (RDD)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of Entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 21ST CENTURY ONCOLOGY INC. | 100% | Liquidation Value | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: 21st Century Oncology Holdings, Inc.                                    Case Number:   17-22770 (RDD)

**Assets - Real and Personal Property**

**Part 11, Question 72:** Tax refunds and unused net operating losses (NOLs)

| Description | Tax year | Current value of debtor's interest |
|---|---|---|
| Federal NOL | Various | $11,400,547.48 |
| State NOL | Various | $24,395,975.77 |
| | **TOTAL** | **$35,796,523.25** |

Debtor Name: 21st Century Oncology Holdings, Inc.                                    Case Number: 17-22770 (RDD)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| SCJUA | Malpractice | JBM07358 | Undetermined |
| American Bankers | Flood | AB00043980 | Undetermined |
| American Southern Insurance Company | FISO BOND-Obligee: State of FL Dept. of Insurance (DOI) | 61205 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 5000541 | Undetermined |
| American Bankers | Flood | AB00016253 | Undetermined |
| SC JUA | Malpractice | JBM03561 | Undetermined |
| NORTHWESTERN MUTUAL | Term Life Insurance | 18-975-223 (Dosoretz MD) | Undetermined |
| American Bankers | Flood | AB00131151 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 10101 | Undetermined |
| NORTHWESTERN MUTUAL | Term Life Insurance | 18-956-592 (Galmarini) | Undetermined |
| American Bankers | Flood | 1011160459 | Undetermined |
| American Bankers | Flood | 60102657962016 | Undetermined |
| PRUDENTIAL | Term Life Insurance | L8488257 | Undetermined |
| MEDICAL LIABILITY MUTUAL INS CO (MLMIC) | Malpractice | NY-PZ-PO-3016913-ND | Undetermined |
| Wright Flood | Flood | 091150189519 07 | Undetermined |
| Auto-Owners Insurance Company | Auto | 42-592-087-01 | Undetermined |
| PHYSICIANS' RECIPROCAL INSURERS (PRI) | Malpractice | 41222-03-00 | Undetermined |
| Southern-Owners Insurance Company | GL | 002312-20608806-16 | Undetermined |
| American Bankers | Flood | AB00021821 | Undetermined |
| MUTUAL INSURANCE COMPANY OF AZ (MICA) | Malpractice | MD0103000 | Undetermined |
| Auto-Owners Insurance Company | Umbrella | 42-592-087-02 | Undetermined |
| Bankers Insurance | Property & Casualty | 90004970800609 | Undetermined |
| MUTUAL INSURANCE COMPANY OF AZ (MICA) | Malpractice | MICA007006 | Undetermined |
| AGCS Marine Insurance Company | Property | MXI93074405 | Undetermined |
| Old Dominion Insurance | Property & Casualty | BPG77524 | Undetermined |
| MUTUAL INSURANCE COMPANY OF AZ (MICA) | Malpractice | MICA019037 | Undetermined |
| Old Dominion Insurance | Property & Casualty | IMG77524 | Undetermined |
| Indian Harbor Insurance Company | BusinessOwners Policy | UBP0001425-01 | Undetermined |
| Capson Physicians Insurance Company | Malpractice | I001603 | Undetermined |

Debtor Name: 21st Century Oncology Holdings, Inc.                                        Case Number: 17-22770 (RDD)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Erie Insurance Exchange | Package | Q392770134 | Undetermined |
| Southern-Owners Insurance | Property & Casualty | 122382-72071097-16 | Undetermined |
| MEDICAL PROTECTIVE | Malpractice | G00824 | Undetermined |
| Palomar Specialty Insurance | Property | PAR16000001900 | Undetermined |
| Southern-Owners Insurance | Property & Casualty | 49-299-639-00 | Undetermined |
| MEDICAL MUTUAL | Malpractice | PS117521 | Undetermined |
| Auto Owners Insurance | Umbrella | 49-917-790-00 | Undetermined |
| Auto-Owners Insurance | Property & Casualty | 89-409-908-00 | Undetermined |
| MEDICAL MUTUAL | Malpractice | PS118343 | Undetermined |
| Auto Owners Insurance | General Liability | 142316-36917790-16 | Undetermined |
| Foremost Insurance Group | Property & Casualty | PAS26196858 | Undetermined |
| MEDICAL MUTUAL | Malpractice | PG110486 | Undetermined |
| The Hartford Steam Boiler | Equipment Breakdown | FBP2359120 | Undetermined |
| Old Dominion Insurance | Property & Casualty | BPG20516 | Undetermined |
| MEDICAL MUTUAL | Malpractice | PS113197 | Undetermined |
| Bankers Insurance | Property & Casualty | 90005805996600 | Undetermined |
| Peerless Insurance Company (Liberty Mutual) | General Liability | GL8805565 | Undetermined |
| MEDICAL MUTUAL | Malpractice | PG116454 | Undetermined |
| Old Dominion Insurance Co | BusinessOwners Policy | BPG9981B | Undetermined |
| First Community Insurance | Property & Casualty | 090005808891900 | Undetermined |
| RockHill Insurance Co | Individual Businessowner | THB0011492-02 | Undetermined |
| The Hartford | Property & Casualty | 21SBAIG0495 | Undetermined |
| MEDICAL MUTUAL | Malpractice | PG118353 | Undetermined |
| MSA Insurance Co | BusinessOwners Policy | BPG1870G | Undetermined |
| Seneca Specialty Insurance (PKG) | Property & Casualty | BAK-1008783-1 | Undetermined |
| MEDICAL MUTUAL | Malpractice | PS119411 | Undetermined |
| Old Dominion Insurance Co | BusinessOwners Policy | BPG1864G | Undetermined |
| MAG MUTUAL INSURANCE COMPANY | Malpractice | PSL 170218503 | Undetermined |
| Scottsdale Insurance (Excess) | Property & Casualty | XBS0068165 | Undetermined |
| MAG MUTUAL INSURANCE COMPANY | Malpractice | PSL 170037111 | Undetermined |
| Palomar Specialty Insurance | Property | PAR16000005600 | Undetermined |

Debtor Name: 21st Century Oncology Holdings, Inc.                                                    Case Number: 17-22770 (RDD)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Auto-Owners Insurance (GL) | Property & Casualty | 154682-72040916-15 | Undetermined |
| MAG MUTUAL INSURANCE COMPANY | Malpractice | PSL 170117612 | Undetermined |
| Nationwide Mutual Fire Insurance Co | BusinessOwners Policy | Pol # ACP BPOF 2343509945 | Undetermined |
| Auto-Owners Insurance (Umbrella) | Property & Casualty | 42-858-712-00 | Undetermined |
| Bankers Insurance Group / First Community | BusinessOwners Policy | 09 0004984501 9 05 | Undetermined |
| THE DOCTORS COMPANY (TDC) | Malpractice | 004873 | Undetermined |
| Old Dominion Insurance | Property & Casualty | BPG8475B | Undetermined |
| State Farm Fire & Casualty Co | BusinessOwners Policy | 99-BC-K728-4 | Undetermined |
| Medical Insurance Exchange | Malpractice | DR05-00181I | Undetermined |
| Old Dominion Insurance | Property & Casualty | CUG8475B | Undetermined |
| Great American | Flood | IMP 9-02-82-70-18 | Undetermined |
| Lone Star Alliance | Malpractice | 4-100123 | Undetermined |
| MSA Insurance Company | Property & Casualty | BPG0848E | Undetermined |
| MSA Insurance Co | BusinessOwners Policy | BPG8865G | Undetermined |
| THE DOCTORS COMPANY (TDC) | Malpractice | 429208 | Undetermined |
| Allied Insurance (Nationwide Insurance) (BOP) | Property & Casualty | ACPBPOC 5964330521 | Undetermined |
| Citizens Property Insurance Corp | Wind | CST00050869-03 | Undetermined |
| Medical Insurance Exchange | Malpractice | PSA-Arrangement | Undetermined |
| Weston Insurance Company (Wind) | Property & Casualty | CFA14006400209 | Undetermined |
| State Farm FL Insurance Co | BusinessOwners Policy | 98-68-4658-2 | Undetermined |
| Medical Insurance Exchange | Malpractice | DR11-01176I | Undetermined |
| Nationwide Insurance | Property & Casualty | ACP5935414258 | Undetermined |
| The Doctors Company | Malpractice | 1130669 | Undetermined |
| THE DOCTORS COMPANY (TDC) | Malpractice | 426899 | Undetermined |
| Bankers Insurance | Property & Casualty | 90004992984903 | Undetermined |
| The Doctors Company | Malpractice | 0967623 | Undetermined |
| THE DOCTORS COMPANY (TDC) | Malpractice | 425520 | Undetermined |
| Hartford Casualty Ins Co | Property & Casualty | 65SBMZR7652 | Undetermined |
| The Doctors Company | Malpractice | 945949 | Undetermined |
| Coverys (ProSelect Insurance Co) | Malpractice | 00RI000014862 | Undetermined |
| First Community Insurance | Property & Casualty | 90004980605207 | Undetermined |

Debtor Name: 21st Century Oncology Holdings, Inc.                    Case Number: 17-22770 (RDD)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| The Doctors Company | Malpractice | 0966347 | Undetermined |
| Physicians Insurance | Malpractice | 300003487 | Undetermined |
| Travelers Insurance | Property & Casualty | I6603C424403-COF-16 | Undetermined |
| The Doctors Company | Malpractice | 0943539 | Undetermined |
| Aspen American Insurance Company | Malpractice | PPPAAIC01263416 | Undetermined |
| The Doctors Company | Malpractice | 0911639 | Undetermined |
| The Doctors Company | Malpractice | 0951187 | Undetermined |
| The Doctors Company | Malpractice | 0911818 | Undetermined |
| ProAssurance Casualty Company | Malpractice | MP44248 | Undetermined |
| The Doctors Company | Malpractice | 0949619 | Undetermined |
| The Doctors Company | Malpractice | 0955343 | Undetermined |
| Norcal Mutual | Malpractice | 721934N | Undetermined |
| Physicians Insurance Company | Malpractice | 131222 | Undetermined |
| The Doctors Company | Malpractice | 0948561 | Undetermined |
| MedMal Direct | Malpractice | FL707221 | Undetermined |
| Professional Security Insurance | Malpractice | ESP160000402 | Undetermined |
| MedMal Direct | Malpractice | FL707653 | Undetermined |
| The Doctors Company | Malpractice | 0930662 | Undetermined |
| MAG MUTUAL | Malpractice | PSL16000411801 | Undetermined |
| The Doctors Company | Malpractice | 0066980 | Undetermined |
| MAG MUTUAL | Malpractice | PSL 010395315 01 | Undetermined |
| Healthcare Underwriters Group, Inc. | Malpractice | 120-000 | Undetermined |
| MAG MUTUAL | Malpractice | PSL16008461501 | Undetermined |
| MAG MUTUAL | Malpractice | PSL161605605 | Undetermined |
| The Doctors Company | Malpractice | 0911599 | Undetermined |
| PROASSURANCE | Malpractice | MP59800 | Undetermined |
| Lancet Indemnity Risk Retention Group, Inc. | Malpractice | LR091111000683 | Undetermined |
| PROASSURANCE | Malpractice | MP52127 | Undetermined |
| The Doctors Company | Malpractice | 0966058 | Undetermined |
| PROASSURANCE | Malpractice | MP77761 | Undetermined |
| The Doctors Company | Malpractice | 0913260 | Undetermined |

Debtor Name: 21st Century Oncology Holdings, Inc.                                        Case Number: 17-22770 (RDD)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| MED MAL DIRECT | Malpractice | FL707794 | Undetermined |
| The Doctors Company | Malpractice | 0911783 | Undetermined |
| The Doctors Company | Malpractice | 1089232 | Undetermined |
| MEDICAL PROTECTIVE | Malpractice | 613537 | Undetermined |
| The Doctors Company | Malpractice | 0954411 | Undetermined |
| APPLIED-MEDICO LEGAL SOLUTIONS RRG, INC. | Malpractice | I-AMS-109026 | Undetermined |
| The Doctors Company | Malpractice | 0913309 | Undetermined |
| SCRUBS MUTUAL ASSURANCE COMPANY, RRG | Malpractice | SCRUBS-FL-08001-16 | Undetermined |
| The Doctors Company | Malpractice | 0447282 | Undetermined |
| The Doctors Company | Malpractice | 1058263 | Undetermined |
| PHYSICIANS CASUALTY RRG | Malpractice | PCX-2014-850 | Undetermined |
| All State | Flood | 4804821811 | Undetermined |
| American Bankers | Flood | AB00022679 | Undetermined |
| PHYSICIANS INDEMNITY RRG | Malpractice | PIR1002010-1-16 | Undetermined |
| Auto-Owners | Flood | 4000492696 | Undetermined |
| MAG Mutual | Malpractice | PSL 160327901 | Undetermined |
| American Bankers | Flood | AB00024261 | Undetermined |
| MAG Mutual | Malpractice | PSL 160013718 | Undetermined |
| ProAssurance | Malpractice | Reimburse - PSA | Undetermined |
| National Flood | Flood | SF00287608 | Undetermined |
| Hartford | Flood | 870626286232017 | Undetermined |
| ProAssurance | Malpractice | MP40405 | Undetermined |
| American Bankers | Flood | 65011951992016 | Undetermined |
| SC JUA | Malpractice | JB009629 | Undetermined |
| American Bankers | Flood | 74057950292017 | Undetermined |
| American Bankers | Flood | 65008635162016 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 85255 | Undetermined |
| American Bankers | Flood | 1011124104 | Undetermined |
| SC JUA | Malpractice | JB017090 | Undetermined |
| Wright Flood | Flood | 91150342955 | Undetermined |

Debtor Name: 21st Century Oncology Holdings, Inc.                                    Case Number: 17-22770 (RDD)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| South Carolina Patients' Comp Fund | Malpractice | 71605 | Undetermined |
| Wright Flood | Flood | 091150409847 05 | Undetermined |
| SC JUA | Malpractice | JB014155 | Undetermined |
| Hartford | Flood | 87029832952016 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 78102 | Undetermined |
| Nationwide Mutual | Flood | 50503719872016 | Undetermined |
| SC JUA | Malpractice | JB022431 | Undetermined |
| Wright Flood | Flood | 9115073069305 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 77846 | Undetermined |
| Hartford | Flood | 87050437522016 | Undetermined |
| SC JUA | Malpractice | JBM03867 | Undetermined |
| Hartford | Flood | 87050438742016 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 70887 | Undetermined |
| Lexington Insurance Company | Property/All Risk | 015909422 | Undetermined |
| Hartford | Flood | 87050438362016 | Undetermined |
| SC JUA | Malpractice | JB016655 | Undetermined |
| Underwriters at Lloyd's | Property/All Risk | PTNAM1701046 | Undetermined |
| Hartford | Flood | 87050438792016 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 31249 | Undetermined |
| Liberty Mutual Fire Insurance Company | Property/All Risk | MJ2-L9L-460568-017 | Undetermined |
| American Bankers | Flood | AB00035668 | Undetermined |
| SC JUA | Malpractice | JB022374 | Undetermined |
| HDI Global Insurance Company | Property/All Risk | CPD14755-00 | Undetermined |
| American Bankers | Flood | AB00097254 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 77787 | Undetermined |
| Landmark American Insurance Company | Property/All Risk | LHD900090 | Undetermined |
| American Bankers | Flood | AB00034938 | Undetermined |
| SC JUA | Malpractice | JBM03256 | Undetermined |
| Wright Flood | Flood | 9115128329101 | Undetermined |
| Liberty Surplus Insurance Corporation | Property/All Risk | 1000079611-04 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 81589 | Undetermined |

Debtor Name: 21st Century Oncology Holdings, Inc.                                    Case Number: 17-22770 (RDD)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| American Bankers | Flood | AB00038500 | Undetermined |
| Certain Underwriters at Lloyds, London-Brit Syndicate 2987 | Property/All Risk | PD-10082-03 | Undetermined |
| SC JUA | Malpractice | JBM03257 | Undetermined |
| Endurance American Specialty Insurance Company | Property/All Risk | ARP10010918600 | Undetermined |
| American Bankers | Flood | AB00039029 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 62890 | Undetermined |
| American Bankers | Flood | 60100448562016 | Undetermined |
| Scottsdale Insurance Company | Property/All Risk | FXS0000770 | Undetermined |
| SC JUA | Malpractice | JBM03255 | Undetermined |
| Certain Underwriters at Lloyd's London | Property/All Risk | CMCTR1700808 | Undetermined |
| American Bankers | Flood | 60100448552016 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 79668 | Undetermined |
| American Bankers | Flood | AB00169106 | Undetermined |
| Zurich American Insurance Company | General Liability | 0277024-00 | Undetermined |
| SC JUA | Malpractice | JBM03254 | Undetermined |
| Hartford | Flood | 87052978722015 | Undetermined |
| Zurich American Insurance Company | Auto Liability/Physical Damage | BAP0277004-00 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 84308 | Undetermined |
| American Bankers | Flood | AB00169104 | Undetermined |
| SC JUA | Malpractice | JBM06706 | Undetermined |
| Zurich American Insurance Company | Umbrella | AUC027724700 | Undetermined |
| American Bankers | Flood | AB00039028 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 5000064 | Undetermined |
| Zurich American Insurance Company | Workers' Compensation - AOS | WC027700500 | Undetermined |
| Wright Flood | Flood | 9115010191007 | Undetermined |
| SC JUA | Malpractice | JBM06707 | Undetermined |
| Zurich American Insurance Company | Workers' Compensation - MA & WI | WC027702200 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 5000063 | Undetermined |
| Zurich American Insurance Company | International Package Policy | ZE 9171842-04 | Undetermined |
| Wright Flood | Flood | 9115010190907 | Undetermined |

Debtor Name: 21st Century Oncology Holdings, Inc.                                    Case Number: 17-22770 (RDD)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| SC JUA | Malpractice | JBM05928 | Undetermined |
| Property & Casualty Ins. Co. of Hartford | Workers' Compensation - NY | 10WBAN6624 | Undetermined |
| American Bankers | Flood | AB00042591 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 113058 | Undetermined |
| The Zenith | Workers' Compensation - NJ | Z127106903 | Undetermined |
| American Bankers | Flood | AB00042676 | Undetermined |
| SC JUA | Malpractice | JBM06141 | Undetermined |
| American Bankers | Flood | AB00042672 | Undetermined |
| Travelers Property Casualty Co. of America | Inland Marine | QT-600-9D91811A-TIL-17 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 4000188 | Undetermined |
| American Bankers | Flood | AB00042677 | Undetermined |
| Ace American Insurance Company | Storage Tank Liability | G24697101007 | Undetermined |
| SC JUA | Malpractice | JBM06422 | Undetermined |
| Homesite Insurance | Flood | 3000017287 | Undetermined |
| NATIONAL UNION FIRE INS CO (AIG) | Directors & Officers / Empoyment Practices / Fiduciary Liability | 01-817-66-34 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 90194 | Undetermined |
| Homesite Insurance | Flood | 3000017284 | Undetermined |
| ACE AMERICAN INS CO | Directors & Officers - 1st Layer, Excess | G25100384 002 | Undetermined |
| SC JUA | Malpractice | JBM06807 | Undetermined |
| Homesite Insurance | Flood | 3000017296 | Undetermined |
| ENDURANCE | Directors & Officers - 2nd Layer, Excess | DOX 10006399201 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 5000127 | Undetermined |
| Homesite Insurance | Flood | 3000017292 | Undetermined |
| STARR INDEMNITY INS CO | Directors & Officers - 3rd Layer, Excess | 1000056704161 | Undetermined |
| SC JUA | Malpractice | JMB07055 | Undetermined |
| Hartford | Flood | 87051005382016 | Undetermined |
| NATIONAL UNION FIRE INS CO (AIG) | Directors & Officers - 4th Layer, Excess | 01-818-97-97 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 5000319 | Undetermined |
| XL SPECIALTY INS CO | Directors & Officers - 5th Layer, Excess | ELU146177-16 | Undetermined |

Debtor Name: 21st Century Oncology Holdings, Inc.                                        Case Number: 17-22770 (RDD)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Hartford | Flood | 87051003532016 | Undetermined |
| SC JUA | Malpractice | JMB06970 | Undetermined |
| QBE INS CORP | Directors & Officers - 6th Layer, Excess | QPL0371418 | Undetermined |
| American Bankers | Flood | AB00201174 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 5000259 | Undetermined |
| FREEDOM SPECIALTY (NATIONWIDE) | Directors & Officers - 7th Layer, Excess | XMF1602428 | Undetermined |
| American Bankers | Flood | AB00042674 | Undetermined |
| ZURICH AMERICAN INS CO | Commercial Crime Coveage | FID 9384323 07 | Undetermined |
| SCJUA | Malpractice | JMB07187 | Undetermined |
| American Bankers | Flood | AB00201174 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 5000422 | Undetermined |
| NATIONAL UNION FIRE INS CO of PITTSBURGH, PA | Special Risk Coverage (K&R) | 88-084-649 | Undetermined |
| American Bankers | Flood | AB00042675 | Undetermined |
| SCJUA | Malpractice | JBM07239 | Undetermined |
| Lloyd's Syndicate 2623/623 | Network Security / E&O (Cyber) | W140E2160401 | Undetermined |
| American Bankers | Flood | 1011189713 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 4000124 | Undetermined |
| Lexington Insurance Company (AIG) | Network Security / E&O (Cyber) Excess | 01-773-90-28 | Undetermined |
| American Bankers | Flood | 1011188275 | Undetermined |
| SCJUA | Malpractice | JBM07218 | Undetermined |
| American Southern Insurance Company | MEDICAID PROVIDER BOND Obligee: AHCA (21C-C21) | 60903 | Undetermined |
| American Bankers | Flood | AB00042114 | Undetermined |
| South Carolina Patients' Comp Fund | Malpractice | 5000446 | Undetermined |
| American Southern Insurance Company | AZ TPA Bond - Caprepoint | 63229 | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name:          21st Century Oncology Holdings, Inc.                    Case Number:          17-22770 (RDD)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Intercompany Receivable (21st Century Oncology, LLC) | $22,950,638.58 |
| Intercompany Receivable (21st Century Oncology Services, LLC) | $78,516.83 |
| Intercompany Receivable (SFRO Holdings, LLC) | $49,000,000.00 |
| Intercompany Receivable (Arizona Radiation Therapy Management Services, Inc.) | $150.00 |
| Intercompany Receivable (California Radiation Therapy Management Services, Inc.) | $150.00 |
| Intercompany Receivable (Nevada Radiation Therapy Management Services, Incorporated) | $150.00 |
| Intercompany Receivable (Medical Developers Cooperatif) | $50,444.00 |
| Intercompany Receivable (21ST Century Oncology Holdings BV) | $188.80 |
| Intercompany Receivable (21C of East Florida, LLC) | $65,915,767.05 |
| Intercompany Receivable (21st Century Oncology of Florida Acquisition LLC) | $2,101,333.33 |
| Intercompany Receivable (21st Century Oncology Inc.) | $98,979,540.78 |
| TOTAL | $239,076,879.37 |

**Fill in this information to identify the case:**

Debtor name __21st Century Oncology Holdings, Inc.__

United States Bankruptcy Court for the: __Southern__    District of __New York__
(State)

Case number (If known): __17-22770 (RDD)__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.1** Creditor's name
MORGAN STANLEY SENIOR FUNDING, INC.

Describe debtor's property that is subject to a lien
Substantially all tangible and intangible assets

$ 727,661,756.32    $ Undetermined

Creditor's mailing address
1585 BROADWAY
NEW YORK, NY 10036

**Describe the lien**
Credit Agreement dated as of April 30, 2015 (Principal amount not less than $720,185,000 plus accrued interest and fees as of May 25, 2017)

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred    Undetermined

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
WILMINGTON SAVINGS FUND SOCIETY, FSB

Describe debtor's property that is subject to a lien
Substantially all assets

$ Undetermined    $ Undetermined

Creditor's mailing address
ATTN: GEOFF LEWIS
500 DELAWARE AVENUE, 11TH FLOOR
WILMINGTON, DE 19801

**Describe the lien**
Guarantor of Amended and reinstated Credit and Guarantee Agreement dated as of March 26, 2017 (Principal amount not less than $35,000,000 plus accrued interest and fees as of May 25, 2017)

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred    Undetermined

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 727,661,756.32
+ undetermined amounts

| Debtor | 21st Century Oncology Holdings, Inc. | Case number (if known) | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| CAHILL GORDON & REINDEL LLP<br>ATTN JOEL H. LEVITIN AND RICHARD A. STIEGLITZ<br>80 PINE STREET<br>NEW YORK, NY  10005 | Line 1 | |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>ATTN DENNIS F. DUNNE, EVAN R. FLECK AND MATTHEW L. BROD<br>28 LIBERTY STREET<br>NEW YORK, NY  10005 | Line 1 | |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>ATTN DENNIS F. DUNNE, EVAN R. FLECK AND MATTHEW L. BROD<br>28 LIBERTY STREET<br>NEW YORK, NY  10005 | Line 2 | |
| PRYOR CASHMAN LLP<br>SETH H. LIEBERMAN, PATRICK SIBLEY & MATTHEW W. SILVERMAN<br>7 TIMES SQUARE<br>NEW YORK, NY  10036 | Line 2 | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>21st Century Oncology Holdings, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern     District of New York<br>(State)</td></tr>
<tr><td>Case number<br>(If known)</td><td>17-22770 (RDD)</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

| Debtor | 21st Century Oncology Holdings, Inc. | Case number (if known) 17-22770 (RDD) |
|---|---|---|
| | Name | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
21ST CENTURY ONCOLOGY MANAGEMENT SERVICES, INC.
2270 COLONIAL BOULEVARD
FORT MYERS, FL 33907

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

$ 5,187,164.00

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.2** Nonpriority creditor's name and mailing address
2336-2428 SANTA MONICA BLVD, LLC
701 N BRAND BLVD, STE 810
GLENDALE, CA 91203

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Lease Rejection

$ Undetermined

Date or dates debt was incurred    06/29/2017
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
600 PALMETTO L.C.
PO BOX 14449
BRADENTON, FL 34280

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Lease Rejection

$ Undetermined

Date or dates debt was incurred    06/29/2017
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
DR. BEN HAN
C/O RAVI PATEL
2783 PILLSBURY WAY
WELLINGTON, FL 33414

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SFRO PIK Notes

$ 7,871,701.15

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
DR. KISHORE DASS
C/O RAVI PATEL
2783 PILLSBURY WAY
WELLINGTON, FL 33414

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: SFRO PIK Notes

$ 3,998,324.40

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
MEDICAL DEVELOPERS HOLDINGS BV
,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

$ 69,726.40

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☒ Yes

---

| Debtor | 21st Century Oncology Holdings, Inc. | Case number *(if known)* | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF NO. 1
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Matter: Case Number RG16813081

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF NO. 10
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Matter: Case Number 2:16-CV-210-FTM-38CM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF NO. 11
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Matter: Case Number 2:16-CV-252-FTM-99CM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF NO. 12
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Matter: Case Number 8:16-md-2737-MSS-AEP

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PLAINTIFF NO. 13
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Matter: Case Number 2:16-CV-259-FTM-99-MRM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | 21st Century Oncology Holdings, Inc. | Case number *(if known)* | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** **Nonpriority creditor's name and mailing address** $ Undetermined

PLAINTIFF NO. 14
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Matter: Case Number RIC 1606640

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.13** **Nonpriority creditor's name and mailing address** $ Undetermined

PLAINTIFF NO. 15
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Matter: Case Number 2:16-CV-00334-UA-CM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.14** **Nonpriority creditor's name and mailing address** $ Undetermined

PLAINTIFF NO. 16
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Matter: Case Number 8:16-md-2737-MSS-AEP

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.15** **Nonpriority creditor's name and mailing address** $ Undetermined

PLAINTIFF NO. 17
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Matter: Case Number 2:16-CV-00219-FTM-99-MRM

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.16** **Nonpriority creditor's name and mailing address** $ Undetermined

PLAINTIFF NO. 18
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Matter: Case Number 8:16-md-2737-MSS-AEP

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | 21st Century Oncology Holdings, Inc. | Case number *(if known)* | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong>     <strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF NO. 2
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Matter: Case Number 2:16-CV-245-FTM-29MRM

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF NO. 3
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Matter: Case Number 2:16-CV-00258-UA-MRM

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF NO. 4
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Matter: Case Number 2:16-CV-00218-FTM-99-MRM

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF NO. 5
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Matter: Claim Number 8:16-cv-2903-T-35AEP

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF NO. 6
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Matter: Case Number 8:16-md-2737-MSS-AEP

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | 21st Century Oncology Holdings, Inc. | Case number *(if known)* | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF NO. 7
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Legal Matter: Case Number 8:16-md-2737-MSS-AEP

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF NO. 8
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Legal Matter: Case Number 2:16-CV-00223-SPC-MRM

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | $ Undetermined

PLAINTIFF NO. 9
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Legal Matter: Case Number RG16817512

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | $1,749,266.92

RAJIV PATEL
C/O RAJIV PATEL
2783 PILLSBURY WAY
WELLINGTON, FL  33414

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** SFRO PIK Notes

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | $ Undetermined

RED PINE FLORIDA, LLC
220 EAST 42ND ST, 29TH FLOOR
NEW YORK, NY  10017

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease Rejection

**Date or dates debt was incurred** 06/29/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| Debtor | 21st Century Oncology Holdings, Inc. | Case number *(if known)* | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.27 | Nonpriority creditor's name and mailing address | | $3,873,376.76 |
|---|---|---|---|

SEEMA DASS 2014 GRAT
C/O RAVI PATEL
2783 PILLSBURY WAY
WELLINGTON, FL  33414

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SFRO PIK Notes

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

THE CHARTER OAK FIRE INSURANCE COMPANY
C/O ROBINSON & COLE LLP
ATTN: EUGENE P. MURPHY
777 BRICKELL AVENUE, SUITE 1370
MIAMI, FL  33131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Matter

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
C/O ROBINSON & COLE LLP
ATTN: EUGENE P. MURPHY
777 BRICKELL AVENUE, SUITE 1370
MIAMI, FL  33131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Matter

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

VIRTUA HEALTH, INC.
LOCKBOX 789192
PHILADELPHIA, PA  19178-9192

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Lease Rejection

**Date or dates debt was incurred** 06/29/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

WILMINGTON TRUST, NATIONAL ASSOCIATION
ATTN: JOSEPH P. O'DONNELL
246 GOOSE LANE, SUITE 105
GUILFORD, CT  06437-2186

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor of $360,000,000 11.00% Senior Notes Due 2023

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | 21st Century Oncology Holdings, Inc. | Case number (if known) | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 1 ARENT FOX LLP<br>ANDREW I. SILFEN & BETH M. BROWNSTEIN<br>1675 BROADWAY<br>NEW YORK, NY 10019 | Line 31<br>☐ Not listed. Explain _____ | |
| 2 PLAINTIFF NO. 19<br>ADDRESS ON FILE | Line 22<br>☐ Not listed. Explain _____ | |
| 3 STROOCK & STROOCK & LAVAN LLP<br>ATTN JAYME T GOLDSTEIN, MATTHEW A SCHWARTZ, FRANK A MEROLA &<br>SAMANTHA MARTIN<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 | Line 31<br>☐ Not listed. Explain _____ | |
| 4 STROOCK & STROOCK & LAVAN LLP<br>ATTN JAYME T GOLDSTEIN, MATTHEW A SCHWARTZ, FRANK A MEROLA &<br>SAMANTHA MARTIN<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 | Line 4<br>☐ Not listed. Explain _____ | |
| 5 STROOCK & STROOCK & LAVAN LLP<br>ATTN JAYME T GOLDSTEIN, MATTHEW A SCHWARTZ, FRANK A MEROLA &<br>SAMANTHA MARTIN<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 | Line 5<br>☐ Not listed. Explain _____ | |
| 6 STROOCK & STROOCK & LAVAN LLP<br>ATTN JAYME T GOLDSTEIN, MATTHEW A SCHWARTZ, FRANK A MEROLA &<br>SAMANTHA MARTIN<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 | Line 27<br>☐ Not listed. Explain _____ | |
| 7 STROOCK & STROOCK & LAVAN LLP<br>ATTN JAYME T GOLDSTEIN, MATTHEW A SCHWARTZ, FRANK A MEROLA &<br>SAMANTHA MARTIN<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 | Line 25<br>☐ Not listed. Explain _____ | |

Debtor _____21st Century Oncology Holdings, Inc._____   Case number *(if known)* __17-22770 (RDD)__
            <sub>Name</sub>

**Part 3:**   **Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 8  THE CHARTER OAK FIRE INSURANCE COMPANY<br>ONE TOWER SQUARE<br>HARTFORD, CT  06183 | Line<br><br>☐ Not listed. Explain _____ | |
| 9  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA<br>ONE TOWER SQUARE<br>HARTFORD, CT  06183 | Line<br><br>☐ Not listed. Explain _____ | |

| Debtor | 21st Century Oncology Holdings, Inc. | Case number *(if known)* 17-22770 (RDD) |
|---|---|---|
| | Name | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | \$_____0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | \$_____22,749,559.63<br>+ undetermined amounts |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | \$_____22,749,559.63<br>+ undetermined amounts |

**Fill in this information to identify the case:**

Debtor name  21st Century Oncology Holdings, Inc.

United States Bankruptcy Court for the: Southern          District of   New York
                                                                        (State)

Case number (If known):   17-22770 (RDD)                  Chapter    11

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification Agreement Dated 09/26/2014 | CHRISTIAN HENSLEY<br>C/O CANADA PENSION PLAN INVESTMENT BOARD<br>ONE QUEEN STREET, STE. 2500<br>TORONTO, ON  M5C 2W5<br>CANADA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Service Contract Dated 01/21/2015 | CORPORATION SERVICE COMPANY<br>ATTN:  LEGAL DEPARTMENT<br>2711 CENTERVILLE ROAD<br>WILMINGTON , DE  19808 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification Agreement Dated 09/26/2014 | DANIEL E. DOSORETZ, MD<br>13221 PONDEROSA WAY<br>FT MYERS, FL  33907 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification Agreement Dated 09/26/2014 | ERIN RUSSELL<br>1095 SASCO HILL ROAD<br>FAIRFIELD, CT  06824 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | Indemnification Agreement Dated 09/26/2014 | HOWARD SHERIDAN<br>842 CAL COVE DRIVE<br>FORT MYERS, FL  33919 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    __21st Century Oncology Holdings, Inc._____    Case number (if known) __17-22770 (RDD)_____
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement Dated 09/26/2014 | JAMES ELROD<br>4 MEADOW ROAD<br>RIVERSIDE, CT  06878 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease Dated 08/29/2011 | KEY EQUIPMENT FINANCE, INC.<br>1000 SOUTH MCCASLIN BLVD.<br>SUPERIOR, CO  80027 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease Dated 08/29/2011 | KEY EQUIPMENT FINANCE, INC.<br>1000 SOUTH MCCASLIN BLVD.<br>SUPERIOR, CO  80027 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease Dated 12/01/2010 | KEY EQUIPMENT FINANCE, INC.<br>1000 SOUTH MCCASLIN BLVD.<br>SUPERIOR, CO  80027 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease Dated 12/16/2010 | KEY EQUIPMENT FINANCE, INC.<br>1000 SOUTH MCCASLIN BLVD.<br>SUPERIOR, CO  80027 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Service Contract Dated 05/19/2017 | MERRILL COMMUNICATIONS, LLC<br>ATTN: GENERAL COUNSEL<br>1345 6TH AVE.<br>NEW YORK, NY  10105 |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement Dated 09/26/2014 | R. SCOTT LAWRENCE<br>C/O CANADA PENSION PLAN INVESTMENT BOARD<br>ONE QUEEN STREET, STE. 2500<br>TORONTO, ON  M5C 2W5<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | Undetermined | |

| Debtor | 21st Century Oncology Holdings, Inc. | Case number (if known) | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement Dated 12/21/2015 | ROBERT MILLER<br>355 CAMDEN ROAD, NE<br>ATLANTA, GA  30309 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Indemnification Agreement Dated 09/26/2014 | ROBERT ROSNER<br>995 FIFTH AVENUE, #6-S<br>NEW YORK, NY  10028 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement - Form of Release Dated 01/01/2017 | SPALDING, WILLIAM R.<br>2451 OLD NATCHEZ TRACE<br>FRANKLIN, TN  37069 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Employment Agreement - Release Dated 03/06/2017 | STEWART, LEANN M.<br>3318 WEST RIVERSIDE DRIVE<br>FORT MYERS, FL  33901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Board Observer Agreement Dated 09/06/2016 | THOMAS D. GORDON<br>4019 HAYVENHURST DRIVE<br>ENCINO, CA  91436 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | A&R Management Agreement Dated 09/26/2014 | VESTAR CAPITAL PARTNERS<br>ATTN: GENERAL COUNSEL<br>245 PARK AVENUE, 41ST FLOOR<br>NEW YORK, NY  10167 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement Dated 05/12/2016 | WILLIAM SPALDING<br>GRAY ROCK FARM<br>2451 OLD NATCHEZ TRACE<br>FRANKLIN, TN  37069 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  21st Century Oncology Holdings, Inc.

United States Bankruptcy Court for the: Southern                            District of New York
                                                                                    (State)

Case number (If known):    17-22770 (RDD)

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | 21st Century Oncology Management Services, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | 21st Century Oncology of Pennsylvania, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 | 21st Century Oncology, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 | Associates In Radiation Oncology Services, LLC | 3343 State Road 7  Wellington, FL  33414 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 | Devoto Construction of Southwest Florida, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 | 21st Century Oncology of Prince Georges County, Maryland, LLC | 7502 Greenway Center Drive  Greenbelt, MD  20770 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | 21st Century Oncology Holdings, Inc. | Case number (if known) | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | OnCure Holdings, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.8 | RVCC, LLC | 212 Smith Church Road  Roanoke Rapids, NC  27870 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.9 | Treasure Coast Medicine, LLC | 3343 State Road 7  Wellington, FL  33414 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.10 | 21st Century Oncology of Jacksonville, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.11 | 21st Century Oncology of Washington, LLC | 7379 W Deschutes Avenue Suite 100 Kennewick, WA  99336 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.12 | Arizona Radiation Therapy Management Services, Inc. | 1876 East Sabin Drive Suite 10 Casa Grande, AZ  85122 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.13 | Boynton Beach Radiation Oncology, L.L.C. | 2301 W Woolbright Road  Boynton Beach, FL  33426 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.14 | Devoto Construction of Southwest Florida, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.15 | Maryland Radiation Therapy Management Services, LLC | 7503 Greenway Center Drive  Greenbelt, MD  20770 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.16 | Carepoint Health Solutions, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.17 | Fountain Valley & Anaheim Radiation Oncology Centers, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |

| Debtor | 21st Century Oncology Holdings, Inc. | Case number *(if known)* | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.18 | Nevada Radiation Therapy Management Services, Incorporated | 6160 S Fort Apache Road  Las Vegas, NV  89148 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.19 | Palms West Radiation Therapy, L.L.C. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.20 | Sampson Simulator, LLC | 215 Beaman Street  Clinton, NC  28328 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.21 | USCC Florida Acquisition, LLC | 2270 Colonial Bouvard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.22 | SFRO Holdings, LLC | 3343 State Road 7  Wellington, FL  33414 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.23 | West Virginia Radiation Therapy Services, Inc. | 660 New Hope Road  Princeton, WV  24740 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.24 | 21st Century of Florida Acquisition, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.25 | 21st Century Oncology of New Jersey, Inc. | 17 West Red Bank Avenue Suite 105 Woodbury, NJ  08096 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.26 | 21st Century Oncology, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.27 | Associates In Radiation Oncology Services, LLC | 3343 State Road 7  Wellington, FL  33414 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |
| 2.28 | 21st Century Oncology, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D ☐ E/F ☐ G |

| Debtor | 21st Century Oncology Holdings, Inc. | Case number (if known) | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.29 | Atlantic Urology Clinics, LLC | 101 McLeod Health Blvd Suite 202 Myrtle Beach, SC 29579 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.30 | Carolina Radiation and Cancer Treatment Center, LLC | 600 Moye Blvd Greenville, NC 27834 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.31 | Gettysburg Radiation, LLC | 2270 Colonial Boulevard Fort Myers, FL 33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.32 | New England Radiation Therapy Management Services, Inc. | 55 Sayles Street Southbridge, MA 01550 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.33 | Phoenix Management Company, LLC | 70 Fulton Street Pontiac, MI 48341 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.34 | Jacksonville Radiation Therapy Services, LLC | 2270 Colonial Boulevard Fort Myers, FL 33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.35 | North Carolina Radiation Therapy Management Services, LLC | 215 Beaman Street Clinton, NC 28328 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.36 | Radiation Therapy Services International, Inc. | 2270 Colonial Boulevard Fort Myers, FL 33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.37 | South Florida Radiation Oncology, LLC | 3343 State Road 7 Wellington, FL 33414 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.38 | 21st Century Oncology Management Services, Inc. | 2270 Colonial Boulevard Fort Myers, FL 33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>☐ E/F<br>☐ G |
| 2.39 | 21st Century Oncology of Pennsylvania, Inc. | 2270 Colonial Boulevard Fort Myers, FL 33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | 21st Century Oncology Holdings, Inc. | Case number *(if known)* | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.40 | U.S. Cancer Care, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>❑ E/F<br>❑ G |
| 2.41 | 21st Century Oncology of Harford County, Maryland, LLC | 602 S Atwood Rd Suite 105 Bel Air, MD  21014 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>❑ E/F<br>❑ G |
| 2.42 | 21st Century Oncology of South Carolina, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>❑ E/F<br>❑ G |
| 2.43 | American Consolidated Technologies, LLC | 17435 Hall Road  Macomb, MI  48044 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>❑ E/F<br>❑ G |
| 2.44 | Berlin Radiation Therapy Treatment Center, LLC | 314 Franklin Avenue Suite 201 Berlin, MD  21811 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>❑ E/F<br>❑ G |
| 2.45 | Derm-Rad Investment Company, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>❑ E/F<br>❑ G |
| 2.46 | Asheville CC, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>❑ E/F<br>❑ G |
| 2.47 | California Radiation Therapy Management Services, Inc. | 1316 Nelson Avenue  Modesto, CA  95350 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>❑ E/F<br>❑ G |
| 2.48 | Financial Services of Southwest Florida, LLC | 2260 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>❑ E/F<br>❑ G |
| 2.49 | Michigan Radiation Therapy Management Services, Inc. | 70 Fulton Street  Pontiac, MI  48341 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>❑ E/F<br>❑ G |
| 2.50 | OnCure Medical Corp. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>❑ E/F<br>❑ G |

| Debtor | 21st Century Oncology Holdings, Inc. | Case number *(if known)* | 17-22770 (RDD) |
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.51 | Sampson Accelerator, LLC | 215 Beaman Street  Clinton, NC  28328 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>❑ E/F<br>❑ G |
| 2.52 | New York Radiation Therapy Management Services, LLC | 970 N Broadway Suites 101/102 Yonkers, NY  10701 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>❑ E/F<br>❑ G |
| 2.53 | Radiation Therapy School For Radiation Therapy Technology, Inc. | 1419 SE 8th Terrace  Cape Coral, FL  33990 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>❑ E/F<br>❑ G |
| 2.54 | South Florida Medicine, LLC | 3343 State Road 7  Wellington, FL  33414 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>❑ E/F<br>❑ G |
| 2.55 | 21C East Florida, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>❑ E/F<br>❑ G |
| 2.56 | 21st Century Oncology of Kentucky, LLC | 2 Physicians Park Drive  Frankfort, KY  40601 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>❑ E/F<br>❑ G |
| 2.57 | 21st Century Oncology Services, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | MORGAN STANLEY SENIOR FUNDING, INC. | ☒ D<br>❑ E/F<br>❑ G |
| 2.58 | 21C East Florida, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D<br>❑ E/F<br>❑ G |
| 2.59 | 21st Century Oncology of Kentucky, LLC | 2 Physicians Park Drive  Frankfort, KY  40601 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D<br>❑ E/F<br>❑ G |
| 2.60 | 21st Century Oncology Services, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D<br>❑ E/F<br>❑ G |
| 2.61 | Asheville CC, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D<br>❑ E/F<br>❑ G |

| Debtor | 21st Century Oncology Holdings, Inc. | Case number (if known) | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.62 | California Radiation Therapy Management Services, Inc. | 1316 Nelson Avenue  Modesto, CA  95350 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.63 | Financial Services of Southwest Florida, LLC | 2260 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.64 | Gettysburg Radiation, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.65 | Michigan Radiation Therapy Management Services, Inc. | 70 Fulton Street  Pontiac, MI  48341 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.66 | OnCure Medical Corp. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.67 | Sampson Accelerator, LLC | 215 Beaman Street  Clinton, NC  28328 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.68 | U.S. Cancer Care, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.69 | West Virginia Radiation Therapy Services, Inc. | 660 New Hope Road  Princeton, WV  24740 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.70 | 21st Century Oncology Management Services, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.71 | 21st Century Oncology of Pennsylvania, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.72 | 21st Century Oncology, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |

| Debtor | 21st Century Oncology Holdings, Inc. | Case number (if known) | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.73 | Atlantic Urology Clinics, LLC | 101 McLeod Health Blvd Suite 202 Myrtle Beach, SC  29579 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.74 | Carolina Radiation and Cancer Treatment Center, LLC | 600 Moye Blvd  Greenville, NC  27834 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.75 | Berlin Radiation Therapy Treatment Center, LLC | 314 Franklin Avenue Suite 201 Berlin, MD  21811 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.76 | Derm-Rad Investment Company, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.77 | Jacksonville Radiation Therapy Services, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.78 | New England Radiation Therapy Management Services, Inc. | 55 Sayles Street  Southbridge, MA  01550 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.79 | Phoenix Management Company, LLC | 70 Fulton Street  Pontiac, MI  48341 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.80 | SFRO Holdings, LLC | 3343 State Road 7  Wellington, FL  33414 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.81 | New York Radiation Therapy Management Services, LLC | 970 N Broadway Suites 101/102 Yonkers, NY  10701 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.82 | Radiation Therapy School For Radiation Therapy Technology, Inc. | 1419 SE 8th Terrace  Cape Coral, FL  33990 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.83 | South Florida Medicine, LLC | 3343 State Road 7  Wellington, FL  33414 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |

| Debtor | 21st Century Oncology Holdings, Inc. | Case number *(if known)* | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.84 | 21st Century Oncology of Harford County, Maryland, LLC | 602 S Atwood Rd Suite 105 Bel Air, MD  21014 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.85 | 21st Century Oncology of South Carolina, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.86 | American Consolidated Technologies, LLC | 17435 Hall Road  Macomb, MI  48044 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.87 | 21st Century Oncology of Jacksonville, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.88 | 21st Century Oncology of Washington, LLC | 7379 W Deschutes Avenue Suite 100 Kennewick, WA  99336 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.89 | Arizona Radiation Therapy Management Services, Inc. | 1876 East Sabin Drive Suite 10 Casa Grande, AZ  85122 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.90 | Boynton Beach Radiation Oncology, L.L.C. | 2301 W Woolbright Road  Boynton Beach, FL  33426 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.91 | Devoto Construction of Southwest Florida, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.92 | Maryland Radiation Therapy Management Services, LLC | 7503 Greenway Center Drive  Greenbelt, MD  20770 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.93 | Carepoint Health Solutions, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |
| 2.94 | Fountain Valley & Anaheim Radiation Oncology Centers, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ☐ E/F  ☐ G |

| Debtor | 21st Century Oncology Holdings, Inc. | Case number (if known) | 17-22770 (RDD) |
|--------|---------------------------------------|------------------------|----------------|
|        | Name                                  |                        |                |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.95 | Medical Developers, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ❑ E/F  ❑ G |
| 2.96 | OnCure Holdings, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ❑ E/F  ❑ G |
| 2.97 | RVCC, LLC | 212 Smith Church Road  Roanoke Rapids, NC  27870 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ❑ E/F  ❑ G |
| 2.98 | Treasure Coast Medicine, LLC | 3343 State Road 7  Wellington, FL  33414 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ❑ E/F  ❑ G |
| 2.99 | Sampson Simulator, LLC | 215 Beaman Street  Clinton, NC  28328 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ❑ E/F  ❑ G |
| 2.100 | USCC Florida Acquisition, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ❑ E/F  ❑ G |
| 2.101 | 21st Century of Florida Acquisition, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ❑ E/F  ❑ G |
| 2.102 | 21st Century Oncology of New Jersey, Inc. | 17 West Red Bank Avenue Suite 105 Woodbury, NJ  08096 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ❑ E/F  ❑ G |
| 2.103 | 21st Century Oncology, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ❑ E/F  ❑ G |
| 2.104 | Associates In Radiation Oncology Services, LLC | 3343 State Road 7  Wellington, FL  33414 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ❑ E/F  ❑ G |
| 2.105 | AHLC, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D  ❑ E/F  ❑ G |

| Debtor | 21st Century Oncology Holdings, Inc. | Case number *(if known)* | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.106 Aurora Technology Development, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.107 Carolina Regional Cancer Center, LLC | 4708 Oleander Dr.  Myrtle Beach, SC  29577 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.108 Goldsboro Radiation Therapy Services, LLC | 2802 McLamb Place  Goldsboro, NC  27534 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.109 Nevada Radiation Therapy Management Services, Incorporated | 6160 S Fort Apache Road  Las Vegas, NV  89148 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.110 Palms West Radiation Therapy, L.L.C. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.111 MD International Investments, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.112 North Carolina Radiation Therapy Management Services, LLC | 215 Beaman Street  Clinton, NC  28328 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.113 Radiation Therapy Services International, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.114 South Florida Radiation Oncology, LLC | 3343 State Road 7  Wellington, FL  33414 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.115 21st Century Oncology of Alabama, LLC | 104 Medical Park Drive  Andalusia, AL  36420 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |
| 2.116 21st Century Oncology of Prince Georges County, Maryland, LLC | 7502 Greenway Center Drive  Greenbelt, MD  20770 | WILMINGTON SAVINGS FUND SOCIETY, FSB | ☒ D ☐ E/F ☐ G |

| Debtor | 21st Century Oncology Holdings, Inc. | Case number (if known) | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

| ■ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.117 | 21st Century of Florida Acquisition, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D<br>☒ E/F<br>❏ G |
| 2.118 | 21st Century Oncology of New Jersey, Inc. | 17 West Red Bank Avenue Suite 105 Woodbury, NJ  08096 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D<br>☒ E/F<br>❏ G |
| 2.119 | 21st Century Oncology, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D<br>☒ E/F<br>❏ G |
| 2.120 | Associates In Radiation Oncology Services, LLC | 3343 State Road 7  Wellington, FL  33414 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D<br>☒ E/F<br>❏ G |
| 2.121 | Carepoint Health Solutions, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D<br>☒ E/F<br>❏ G |
| 2.122 | Fountain Valley & Anaheim Radiation Oncology Centers, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D<br>☒ E/F<br>❏ G |
| 2.123 | New York Radiation Therapy Management Services, LLC | 970 N Broadway Suites 101/102 Yonkers, NY  10701 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D<br>☒ E/F<br>❏ G |
| 2.124 | Radiation Therapy School For Radiation Therapy Technology, Inc. | 1419 SE 8th Terrace  Cape Coral, FL  33990 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D<br>☒ E/F<br>❏ G |
| 2.125 | South Florida Medicine, LLC | 3343 State Road 7  Wellington, FL  33414 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D<br>☒ E/F<br>❏ G |
| 2.126 | 21st Century Oncology of Alabama, LLC | 104 Medical Park Drive  Andalusia, AL  36420 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D<br>☒ E/F<br>❏ G |
| 2.127 | 21st Century Oncology of Prince Georges County, Maryland, LLC | 7502 Greenway Center Drive  Greenbelt, MD  20770 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D<br>☒ E/F<br>❏ G |

| Debtor | 21st Century Oncology Holdings, Inc. | Case number (if known) | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.128  AHLC, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D  🅇 E/F  ❏ G |
| 2.129  Aurora Technology Development, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D  🅇 E/F  ❏ G |
| 2.130  Carolina Regional Cancer Center, LLC | 4708 Oleander Dr.  Myrtle Beach, SC  29577 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D  🅇 E/F  ❏ G |
| 2.131  Goldsboro Radiation Therapy Services, LLC | 2802 McLamb Place  Goldsboro, NC  27534 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D  🅇 E/F  ❏ G |
| 2.132  Boynton Beach Radiation Oncology, L.L.C. | 2301 W Woolbright Road  Boynton Beach, FL  33426 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D  🅇 E/F  ❏ G |
| 2.133  Devoto Construction of Southwest Florida, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D  🅇 E/F  ❏ G |
| 2.134  Maryland Radiation Therapy Management Services, LLC | 7503 Greenway Center Drive  Greenbelt, MD  20770 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D  🅇 E/F  ❏ G |
| 2.135  OnCure Holdings, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D  🅇 E/F  ❏ G |
| 2.136  RVCC, LLC | 212 Smith Church Road  Roanoke Rapids, NC  27870 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D  🅇 E/F  ❏ G |
| 2.137  Treasure Coast Medicine, LLC | 3343 State Road 7  Wellington, FL  33414 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D  🅇 E/F  ❏ G |
| 2.138  OnCure Medical Corp. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D  🅇 E/F  ❏ G |

| Debtor | 21st Century Oncology Holdings, Inc. | Case number (if known) | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.139 | Sampson Accelerator, LLC | 215 Beaman Street  Clinton, NC  28328 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.140 | U.S. Cancer Care, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.141 | 21st Century Oncology of Jacksonville, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.142 | 21st Century Oncology of Washington, LLC | 7379 W Deschutes Avenue Suite 100 Kennewick, WA  99336 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.143 | Arizona Radiation Therapy Management Services, Inc. | 1876 East Sabin Drive Suite 10 Casa Grande, AZ  85122 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.144 | 21st Century Oncology of Kentucky, LLC | 2 Physicians Park Drive  Frankfort, KY  40601 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.145 | 21st Century Oncology Services, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.146 | Asheville CC, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.147 | California Radiation Therapy Management Services, Inc. | 1316 Nelson Avenue  Modesto, CA  95350 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.148 | Financial Services of Southwest Florida, LLC | 2260 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.149 | Michigan Radiation Therapy Management Services, Inc. | 70 Fulton Street  Pontiac, MI  48341 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

Debtor        21st Century Oncology Holdings, Inc.                              Case number (if known)  17-22770 (RDD)
              Name

| ■ | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.150  Gettysburg Radiation, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.151  New England Radiation Therapy Management Services, Inc. | 55 Sayles Street  Southbridge, MA  01550 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.152  Phoenix Management Company, LLC | 70 Fulton Street  Pontiac, MI  48341 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.153  SFRO Holdings, LLC | 3343 State Road 7  Wellington, FL  33414 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.154  West Virginia Radiation Therapy Services, Inc. | 660 New Hope Road  Princeton, WV  24740 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.155  21C East Florida, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.156  South Florida Radiation Oncology, LLC | 3343 State Road 7  Wellington, FL  33414 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.157  21st Century Oncology Management Services, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.158  21st Century Oncology of Pennsylvania, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.159  21st Century Oncology, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.160  Atlantic Urology Clinics, LLC | 101 McLeod Health Blvd Suite 202 Myrtle Beach, SC  29579 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | 21st Century Oncology Holdings, Inc. | Case number (if known) | 17-22770 (RDD) |
| | Name | | |

| **Additional Page if Debtor Has More Codebtors** |
| --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.161 Carolina Radiation and Cancer Treatment Center, LLC | 600 Moye Blvd  Greenville, NC  27834 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.162 American Consolidated Technologies, LLC | 17435 Hall Road  Macomb, MI  48044 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.163 Berlin Radiation Therapy Treatment Center, LLC | 314 Franklin Avenue Suite 201 Berlin, MD  21811 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.164 Derm-Rad Investment Company, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.165 Jacksonville Radiation Therapy Services, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.166 North Carolina Radiation Therapy Management Services, LLC | 215 Beaman Street  Clinton, NC  28328 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.167 Radiation Therapy Services International, Inc. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.168 Nevada Radiation Therapy Management Services, Incorporated | 6160 S Fort Apache Road  Las Vegas, NV  89148 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.169 Palms West Radiation Therapy, L.L.C. | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.170 Sampson Simulator, LLC | 215 Beaman Street  Clinton, NC  28328 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.171 USCC Florida Acquisition, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

| Debtor | 21st Century Oncology Holdings, Inc. | Case number *(if known)* | 17-22770 (RDD) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.172 | 21st Century Oncology of Harford County, Maryland, LLC | 602 S Atwood Rd Suite 105 Bel Air, MD  21014 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❑ D<br>☒ E/F<br>❑ G |
| 2.173 | 21st Century Oncology of South Carolina, LLC | 2270 Colonial Boulevard  Fort Myers, FL  33907 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❑ D<br>☒ E/F<br>❑ G |

**Fill in this information to identify the case and this filing:**

Debtor Name  21st Century Oncology Holdings, Inc.

United States Bankruptcy Court for the:  Southern                    District of New York
                                                                                        (State)

Case number (If known):  17-22770 (RDD)

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒  *Schedule H: Codebtors* (Official Form 206H)

☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/10/17                    ✗ /s/ Paul Rundell
              MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                         Paul Rundell
                                         Printed name

                                         Interim Chief Executive Officer
                                         Position or relationship to debtor