**Adjourned Hearing Date: October 16, 2017 at 10:00 a.m. (prevailing Eastern Time)**

| | |
|---|---|
| Christopher Marcus, P.C. | James H.M. Sprayregen, P.C. |
| John T. Weber | Michael B. Slade (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | Alexandra Schwarzman (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS LLP** |
| 601 Lexington Avenue | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| New York, New York 10022 | 300 North LaSalle Street |
| Telephone:   (212) 446-4800 | Chicago, Illinois 60654 |
| Facsimile:   (212) 446-4900 | Telephone:   (312) 862-2000 |
| | Facsimile:   (312) 862-2200 |

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 21st CENTURY ONCOLOGY HOLDINGS, INC., *et al.*,[1] | Case No. 17-22770 (RDD) |
| Debtors. | (Jointly Administered) |
| 21st CENTURY ONCOLOGY HOLDINGS, INC., *et al.*, | |
| Plaintiff, | Adversary Proceeding No. 17-08244 |
| v. | |
| STEVEN BREHIO; ROBERT RUSSELL; JAMES CORBEL; ROXANNE HAATVEDT; VENETA DELUCCHI; CARL SCHMITT; MATTHEW BENZION; KATHLEEN LaBARGE; STACEY SCHWARTZ; TIMOTHY MEULENBERG; STEPHEN WILBUR; JACKIE GRIFFITH; JUDITH CABRERA; AND SHARON MacDERMID | |
| Defendants. | |

---

[1] Each of the Debtors in the above-captioned jointly administered chapter 11 cases and their respective tax identification numbers are set forth in the *Order Directing Joint Administration of Chapter 11 Cases* [Bankr. Docket No. 30]. The location of 21st Century Oncology Holdings, Inc.'s corporate headquarters and the Debtors' service address is: 2270 Colonial Boulevard, Fort Myers, Florida 33907.

**NOTICE OF ADJOURNMENT OF HEARING
ON DEBTORS' MOTION FOR ENTRY OF AN ORDER
EXTENDING THE AUTOMATIC STAY OR, IN THE ALTERNATIVE,
GRANTING PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF
HALTING THE PROSECUTION OF THE DATA BREACH LITIGATION**

**PLEASE TAKE NOTICE** that on June 30, 2017 the above-captioned debtors and (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order Extending the Automatic Stay or, in the Alternative, Granting Preliminary and Permanent Injunctive Relief Halting the Prosecution of the Data Breach Litigation* [Adv. Pro. Docket No. 2] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion (the "Hearing") was scheduled to be heard on September 19, 2017, before Honorable Judge Robert D. Drain, Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), at 300 Quarropas Street, White Plains, New York 10601.

**PLEASE TAKE FURTHER NOTICE** that upon agreement of the parties the Hearing has been adjourned and will take place before the Bankruptcy Court on **October 16, 2017, at 10:00 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion must comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and shall be filed with the Court (a) by registered users of the Bankruptcy Court's case filing system, electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts/gov) and (b) by all other parties in interest, on a CD_ROM, in textsearchable portable document format (PDF) (with a hard copy delivery directly to Chambers, in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served so as to be **actually received no later than October 9, 2017, at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline") on each of the following: (a) counsel for the Debtors, Kirkland & Ellis LLP, 600 Lexington Avenue, New York, New York 10022, Attn.: Christopher Marcus, John Weber, and Michael Slade; (b) the Office of the United States Trustee for the Southern District of New York at 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn.: Paul K. Schwartzberg and Susan Golden; (c) proposed counsel to the Official Committee of Unsecured Creditors, Morrison Forester, 250 West 55th Street, New York, NY 10019, Attn.: Lorenzo Marinuzzi and Jonathan Levine; (d) counsel to Steven Brehio, et al., (i) Keller Rohrback L.L.P., 1201 Third Avenue, Suite 3200, Seattle, Washington 98101, Attn.: Cari Laufenberg; (ii) Robinson Calcagnie, Inc., 19 Corporate Plaza Drive, Newport Beach, California 92660, Attn.: Daniel Robinson, and (iii) Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn.: Michael S. Etkin; and (e) any other parties as specified in the *Final Order (I) Establishing Certain Notice, Case Management and Administrative Procedures and (II) Granting Related Relief* [Bankr. Docket No. 125] (the "Case Management Order").

**PLEASE TAKE FURTHER NOTICE** that only those responses that are timely filed, served and received by the Objection Deadline will be considered at the Hearing. Failure to file a timely objection may result in entry of a final order granting the Motion as requested by the

2

Debtors without further notice. The parties are required to attend the Hearing and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates in open court at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and Case Management Order may be obtained free of charge by visiting the Website of Kurtzman Carson Consultants LLC, at www.kccllc.net/21co. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscouts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| New York, New York<br>Dated:  September 14, 2017 | */s/ Christopher Marcus, P.C.*<br>Christopher Marcus, P.C.<br>John T. Weber<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900 |

- and -

James H.M. Sprayregen, P.C.
Michael B. Slade (admitted *pro hac vice*)
Alexandra Schwarzman (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*