| | |
|---|---|
| Steven M. Berman (admitted *pro hac vice*)<br>**SHUMAKER, LOOP & KENDRICK, LLP**<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, Florida 33602<br>Telephone: (813) 229-7600<br>Facsimile: (813) 229-1660 | Michael P. Richman (Co-Counsel)<br>Robert A. Rich<br>**HUNTON & WILLIAMS LLP**<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 309-1000<br>Facsimile: (212) 309-1100 |

*Counsel to Creditors*: Practice Management Groups; Current Employees/Contractors; Former Employees/Contractors; Landlords

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:                                                             )   Chapter 11
                                                                       )
21st CENTURY ONCOLOGY                          )   Case No. 17-22770 (RDD)
HOLDINGS, INC., et al.,                               )
                                                                       )   (Jointly Administered)
            Debtor.                                               )
                                                                       )

**AFFIDAVIT OF SERVICE**

State of Florida           )
                                     )ss.:
County of Hillsborough )

Nancy Yanez, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Shumaker, Loop & Kendrick, LLP, having offices at 101 E. Kennedy Boulevard, Suite 2800, Tampa, FL 33602

2. On the 16th day of October, 2017, I caused true and correct copies of the Objection of Dr. Daniel Dosoretz and Other Creditors to Debtors' Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of 21st Century Oncology Holdings, Inc. and its Debtor Affiliates (Docket No. 518) to be served via U.S. Mail or E-mail as indicated to all parties on the attached Master Service List.

Dated: Tampa, Florida
            October 16, 2017

_____
Nancy Yanez

Sworn to before me on this
16th day of October, 2017

_____
Notary Public

BETH CURRAN
Notary Public - State of Florida
Commission # GG 052374
My Comm. Expires Mar 27, 2021
Bonded through National Notary Assn.

Exhibit
Master Service List
Served via

| DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | Consent to Email Only? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debtors | 21st Century Oncology Holdings Inc | Attn Kimberly Commins-Tzoumakas | 2270 Colonial Boulevard | | | Fort Myers | FL | 33907 | | | | | |
| Counsel to Spirit Realty Corporation | Akerman LLP | John E Mitchell | 2001 Ross Avenue Suite 3600 | | | Dallas | TX | 75201 | | 214-720-4300 | 214-981-9339 | john.mitchell@akerman.com | Y |
| Counsel to Spirit Realty Corporation | Akerman LLP | Katherine C Fackler | 50 North Laura Street Suite 3100 | | | Jacksonville | FL | 32202 | | 904-798-3700 | 904-798-3730 | katherine.fackler@akerman.com | Y |
| Counsel to Spirit Realty Corporation | Akerman LLP | Susan F Balaschak | 666 Fifth Avenue 20th Floor | | | New York | NY | 10103 | | 212-880-3800 | 212-880-8965 | susan.balaschak@akerman.com | Y |
| Counsel to Wilmington Trust NA as Indenture Trustee | Arent Fox LLP | Andrew I Silfen & Beth M Brownstein | 1675 Broadway | | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | andrew.silfen@arentfox.com; beth.brownstein@arentfox.com | Y |
| Counsel to DOC-21st Century Sarasota, LLC, Landlord | Baker & Mckenzie LLP | Debra A Dandeneau | 452 Fifth Avenue | | | New York | NY | 10018 | | 212-626-4100 | 212-310-1600 | Debra.Dandeneau@bakermckenzie.com | Y |
| Counsel for David Di Pietro | Berger Singerman LLP, | Christopher A. Jarvinen, Sharon Kegerreis | 1450 Brickell Avenue, Suite 1900 | | | Miami | FL | 33131 | | 305-755-9500 | 305-714-4340 | CJarvinen@bergersingerman.com; SKegerreis@bergersingerman.com | Y |
| Counsel to United Parcel Service, Inc. | Bialson, Bergen & Schwab | Lawrence M Schwab Kenneth T Law | 633 Menlo Avenue, Suite 100 | | | Menlo Park | CA | 94025 | | 650-857-9500 | 650-494-2738 | Klaw@bbslaw.com | Y |
| Counsel to Dignity Health (d/b/a Marian Regional Medical Center) | Binder & Schwartz LLP | Eric B Fisher Tessa B Harver | 366 Madison Ave 6th Floor | | | New York | NY | 10017 | | 212-510-7008 | 212-510-7299 | efisher@binderschwartz.com; tharvey@binderschwartz.com | Y |
| Counsel to Central Coast Medical Oncology Corp | Bovitz & Spitzer | J Scott Bovitz Esq | 1100 Wilshire Blvd Ste 2403 | | | Los Angeles | CA | 90017-1961 | | 213-346-8300 | 213-620-1811; 213-928-4174 | bovitz@bovitz-spitzer.com | Y |
| Counsel to McKesson Specialty Care Distribution Corporation | Buchalter A Professional Corporation | Jeffrey K Garfinkle | 18400 Von Karman Avenue Suite 800 | | | Irvine | CA | 92612-0514 | | 949-760-1121 | | jgarfinkle@buchalter.com | Y |
| Counsel to American Oncologic Associates of Michigan PC and Michigan Healthcare Professionals PC | Butzel Long PC | Joshua E Abraham | 477 Madison Avenue Suite 1230 | | | New York | NY | 10022 | | 212-818-1110 | 212-818-0494 | abraham@butzel.com | Y |
| Counsel to the Administrative Agents under the Debtors' Prepetition Secured Credit Facilities; Counsel to Morgan Stanley Senior Funding Inc (MSSF) | Cahill Gordon & Reindel LLP | Attn Joel H Levitin and Richard A Stieglitz | 80 Pine Street | | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | jlevitin@cahill.com; rstieglitz@cahill.com | Y |
| Counsel to HCP-RTS LLC | Carlton Fields | Natalie A Napierala | 405 Lexington Ave 36th Floor | | | New York | NY | 10174-0002 | | 212-785-2747 | 212-785-5203 | nnapierala@carltonfields.com | Y |
| Counsel to Central Coast Medical Oncology Corp | Central Coast Medical Oncology - Corp | Dr Robert Dichmann | 1325 E Church Street Ste 301 | | | Santa Maria | CA | 93454 | | 805-379-9393 | 805-349-1155 | robert@ccmo.com | Y |
| Counsel for Cardinal Health 108 LLC and Cardinal Health 414 LLC | Chiesa Shahinian & Giantomasi PC | Ryan P OConnor | One Boland Drive | | | West Orange | NJ | 07052 | | 973-530-2152 | 973-530-2352 | roconnor@csglaw.com | Y |
| Counsel for Cardinal Health 108 LLC and Cardinal Health 414 LLC | Chiesa Shahinian & Giantomasi PC | Scott A Zuber | One Boland Drive | | | West Orange | NJ | 07052 | | 973-530-2046 | 973-530-2246 | szuber@csglaw.com | Y |
| Counsel to Canada Pension Plan Investment Board | Debevoise & Plimpton LLP | My Chi To & Daniel E Stroik | 919 Third Avenue | | | New York | NY | 10022 | | 212-909-6000 | 212-909-6836 | mcto@debevoise.com; destroik@debevoise.com | Y |
| Counsel to David DiPietro | DelBello Donnellan Weingarten Wise & Wiederkehr, LLP | Attn: Jonathan S. Pasternak, Esq., Steven R. Schoenfeld | One North Lexington Avenue, 11th Floor | | | White Plains | NY | 10601 | | 914-681-0200 | 914-684-0288 | jpasternak@ddw-law.com; srs@ddw-law.com | |
| US Department of Justice | Department of Justice US Attorney General | Commercial Litigation Branch | 950 Pennsylvania Ave NW | | | Washington | DC | 20530 | | 202-514-2000 | 202-307-6777 | askdoj@usdoj.gov | |
| Counsel to PMA Insurance Group | Earp Cohn PC | Allen A Etish | 20 Brace Rd 4th Fl | | | Cherry Hill | NJ | 08034 | | 856-354-7700 | 856-354-0766 | aetish@earpcohn.com | Y |
| Environmental Protection Agency (Regional) | Environmental Protection Agency | | 290 Broadway | | | New York | NY | 10007-1866 | | 212-637-3000 | 212-637-3526 | | |
| Counsel to BC Technical, Inc. | Eversheds Sutherland US LLP | Mark D Sherrill | 1001 Fannin Street | Suite 3700 | | Houston | TX | 77002 | | 713-470-6100 | 713-654-1301 | marksherrill@eversheds-sutherland.com | Y |
| Federal Communications Commission | Federal Communications Commission | | 445 12th Street SW | | | Washington | DC | 20554 | | | | | |
| Counsel to Kishore K Dass Ben Han and Rajiv Patel | Furr & Cohen PA | Alvin S Goldstein & Robert C Furr | 2255 Glades Road | Suite 337W | | Boca Raton | FL | 33431 | | 561-395-0500 | 561-338-7532 | agoldstein@furrcohen.com; mortman@furrcohen.com | Y |
| Counsel to Central Coast Medical Oncology Corp | Grodsky & Olecki LLP | Allen Grodsky & Tim Henderson | 2001 Wilshire Blvd Ste 210 | | | Santa Monica | CA | 90403-5681 | | 310-315-3009 | 310-315-1557 | allen@grodsky-olecki.com; tim@grodsky-olecki.com | Y |
| Counsel to the following Creditors: Practice Management Groups; Current Employees/Contractors; Former Employees/Contractors; Landlords | Hunton & Williams LLP | Michael P Richman & Robert A Rich | 200 Park Avenue | | | New York | NY | 10166 | | 212-309-1000 | | mrichman@hunton.com; rrich2@hunton.com | Y |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | | 855-235-6787 | | |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | | |
| Counsel to Iron Mountain Information Management, LLC. | Iron Mountain Information Management, LLC | Joseph Corrigan | One Federal Street | | | Boston | MA | 02110 | | 617-535-4744 | 617-451-0409 | Bankruptcy2@ironmountain.com; | Y |
| Counsel to Pitt County Memorial Hospital Incorporated d/b/a Vidant Medical Center | K&L Gates LLP | Robert T Honeywell | 599 Lexington Ave | | | New York | NY | 10022 | | 212-536-3900 | | robert.honeywell@klgates.com | Y |
| Claims and Noticing Agent | KCC | Leanne Scott | 2335 Alaska Avenue | | | El Segundo | CA | 90245 | | 888-251-2679 | 310-751-1547 | 21coinfo@kccllc.com | Y |
| Counsel to Data Breach Plaintiffs | Keller Rohrback LLP | Cari Campen Laufenberg | 1201 Third Avenue Suite 3200 | | | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | claufenberg@kellerrohrback.com | Y |
| Counsel to Data Breach Plaintiffs | Keller Rohrback LLP | Chris Springer | 801 Garden Street Suite 301 | | | Santa Barbara | CA | 93101 | | 805-456-1496 | 805-456-1497 | cspringer@kellerrohrback.com | Y |
| Counsel to Data Breach Plaintiffs | Keller Rohrback LLP | Gary Gotto Christopher Graver | 3101 North Central Avenue Suite 1400 | | | Phoenix | AZ | 85012-2600 | | 602-230-6322 | 602-248-2822 | ggotto@kellerrohrback.com; cgraver@kellerrohrback.com | Y |
| Counsel to Florida Oncology Partners, LLC | Kilpatrick Townsend & Stockton LLP | Guy N. Molinari, Esq., Gianfranco Finizio, Esq. | The Grace Building | 1114 Avenue of the Americas | | New York | NY | 10036-7703 | | (212) 775-8700 | (212) 775-8800 | gmolinari@kilpatricktownsend.com; gfinizio@kilpatricktownsend.com | Y |

Exhibit
Master Service List
Served via

| DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | Consent to Email Only? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel | Kirkland & Ellis LLP | Christopher Marcus PC & John T Weber | 601 Lexington Avenue | | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | | |
| Counsel | Kirkland & Ellis LLP | James HM Sprayregen PC William A Guerrieri & Alexandra Schwarzman | 300 North LaSalle Street | | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | | |
| Counsel to Andrew L Woods | Klestadt Winters Jureller Southard & Stevens LLP | Tracy Klestadt & John Jureller Jr | 200 West 41st Street 17th Floor | | | New York | NY | 10036 | | 212-972-3000 | 212-972-2245 | tklestadt@klestadt.com; jjureller@klestadt.com | Y |
| Counsel to Madlyn Dornaus | Lackey Hershman LLP | Deborah Deitsch-Perez & Jamie R Welton | 3102 Oak Lawn Avenue | Suite 777 | | Dallas | TX | 75219 | | 214-560-2201 | 214-560-2203 | ddp@lhlaw.net; jrw@lhlaw.net | Y |
| Counsel to Commonage Corporation | Lippes Mathias Wexler Friedman LLP | John A Mueller | 50 Fountain Plaza | Suite 1700 | | Buffalo | NY | 14202 | | 716-362-7614 | | jmueller@lippes.com | Y |
| Counsel to Debtor Knight Fire & Security Inc | Loren & Kean Law | Bruce E Loren | 7111 Fairway Drive | Suite 302 | | Palm Beach Gardens | FL | 33418 | | 561-615-5701 | 561-615-5708 | bloren@lorenkeanlaw.com; bankruptcyemail@lorenkeanlaw.com | Y |
| Counsel to Data Breach Plaintiffs | Lowenstein Sandler LLP | Michael S Etkin Andrew Behlmann | One Lowenstein Drive | | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2333 | metkin@lowenstein.com; abehlmann@lowenstein.com | Y |
| Counsel to Central Coast Medical Oncology Corp | Marilyn Macron PC | Marilyn Cowhey Macron | 211 Beach 134th Street 1st Floor | | | Belle Harbor | NY | 11694 | | 929-777-0786; 917-716-2611 | 718-945-7455 | marilyn@marilynmacron.com | Y |
| Counsel to the Ad Hoc Committee of Lenders under the Debtors' Prepetition Secured Credit Facility (the "First Lien Ad Hoc Committee") | Milbank Tweed Hadley & McCloy LLP | Attn Dennis F Dunne Evan R Fleck and Matthew L Brod | 28 Liberty Street | | | New York | NY | 10005 | | 212-530-5000 | 212-530-5219 | efleck@milbank.com; mbrod@milbank.com; ddunne@milbank.com | Y |
| Agent under the Debtors' Postpetition Financing Facility (DIP Agent for the Revolver / Term Loan) | Morgan Stanley Senior Funding Inc | | 1585 Broadway | | | New York | NY | 10036 | | 212-507-6680 | 917-260-0588 | AGENCY.BORROWERS@morganstanley.com | |
| Agent under the Debtors' Postpetition Financing Facility (DIP Agent for the Revolver / Term Loan) | Morgan Stanley Senior Funding Inc | | 1300 Thames Street | 4th Floor | | Baltimore | MD | 21231 | | | | | |
| Counsel to Elekta Inc | Moritt Hock & Hamroff LLP | Theresa A Driscoll | 400 Garden City Plaza | | | Garden City | NY | 11530 | | 516-880-7243 | 516-873-2010 | tdriscoll@moritthock.com | Y |
| Counsel to the Official Committee of Unsecured Creditors of 21st Century Oncology Holdings Inc et al | Morrison & Foerster LLP | Lorenzo Marinuzzi Jonathan I Levine Daniel J Harris & Benjamin W Butterfield | 250 West 55th Street | | | New York | NY | 10019 | | 212-468-8000 | 212-468-7900 | lmarinuzzi@mofo.com; jonlevine@mofo.com; dharris@mofo.com; bbutterfield@mofo.com | Y |
| NJ Department of Environmental Protection | NJ Department of Environmental Protection | Richard Peros | P.O. Box 420 | | | Trenton | NJ | 08625-0420 | | | | Richard.Peros@dep.nj.gov | |
| Counsel to Laura A. Hudson, Individually and as Personal Representative for the Estate of Todd Michael Hudson | Norman L Schroeder II PA | Norman L Schroeder II | 6803 Lake Worth Road Suite 306 | | | Lake Worth | FL | 33467 | | 561-642-8884 | 561-642-3377 | Nschroeder@nlsbankruptcy.com | Y |
| Local Counsel to SCG Capital Corp | Norris Mclaughlin & Marcus PA | Melissa A Pena | 875 Third Avenue | | | New York | NY | 10022 | | 212-808-0700 | 212-808-0844 | mapena@nmmlaw.com | Y |
| Counsel to Simi Valley Hospital & Health Care Services, a California nonprofit religious corporation dba Adventist Health Simi Valley | Norton Rose Fulbright US LLP | Rebecca J Winthrop | 555 South Flower Street | 41st Floor | | Los Angeles | CA | 90071 | | 213-892-9346 | 213-892-9494 | rebecca.winthrop@nortonrosefulbright.com | Y |
| Alabama Attorney General | Office of the AL Attorney General | Attn Bankruptcy Department | PO Box 300152 | | | Montgomery | AL | 36130-0152 | | 334-242-7300 | | | |
| Arizona Attorney General | Office of the AZ Attorney General | Attn Bankruptcy Department | 1275 W Washington St | | | Phoenix | AZ | 85007 | | 602-542-4266 | | | |
| California Attorney General | Office of the CA Attorney General | Attn Bankruptcy Department | 1300 I St Ste 1740 | | | Sacramento | CA | 95814 | | 916-445-9555 | | | |
| Florida Attorney General | Office of the FL Attorney General | Attn Bankruptcy Department | The Capitol PL 01 | | | Tallahassee | FL | 32399-1050 | | 850-414-3300 | | | |
| Indiana Attorney General | Office of the IN Attorney General | Attn Bankruptcy Department | Indiana Govt Center South 5th Fl | 302 West Washington St | | Indianapolis | IN | 46204 | | 317-232-6201 | | | |
| Kentucky Attorney General | Office of the KY Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building Suite 118 | | Frankfort | KY | 40601 | | 502-696-5300 | 502-564-2894 | | |
| Massachusetts Attorney General | Office of the MA Attorney General | Attn Bankruptcy Department | One Ashburton Place | | | Boston | MA | 02108-1698 | | 617-727-2200 | | ago@state.ma.us | |
| Maryland Attorney General | Office of the MD Attorney General | Attn Bankruptcy Department | 200 St Paul Place | | | Baltimore | MD | 21202-2202 | | 410-576-6300 | | oag@oag.state.md.us | |
| Michigan Attorney General | Office of the MI Attorney General | Attn Bankruptcy Department | 525 W Ottawa St | PO Box 30212 | | Lansing | MI | 48909-0212 | | 517-373-1110 | | miag@michigan.gov | |
| North Carolina Attorney General | Office of the NC Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | PO Box 629 | | Raleigh | NC | 27699-9001 | | 919-716-6400 | 919-716-6750 | | |
| New Jersey Attorney General | Office of the NJ Attorney General | Attn Bankruptcy Department | Richard J Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625 | | 606-292-8740 | | | |
| Nevada Attorney General | Office of the NV Attorney General | Attn Bankruptcy Department | Old Supreme Ct Bldg | 100 N Carson St | | Carson City | NV | 89701 | | 775-684-1100 | | AgInfo@ag.nv.gov | |
| New York Attorney General | Office of the NY Attorney General | Attorney General | 120 Broadway 24th Fl | | | New York | NY | 10271 | | 212-416-8000 | 212-416-6075 | | |
| New York Attorney General | Office of the NY Attorney General | Attorney General | The Capitol | | | Albany | NY | 12224-0341 | | 800-771-7755 | | | |
| Rhode Island Attorney General | Office of the RI Attorney General | Attn Bankruptcy Department | 150 S Main St | | | Providence | RI | 02903 | | 401-274-4400 | | | |
| South Carolina Attorney General | Office of the SC Attorney General | Attn Bankruptcy Department | Rembert C Dennis Office Bldg | PO Box 11549 | | Columbia | SC | 29211-1549 | | 803-734-3970 | | | |
| US Trustee | Office of the United States Trustee | Paul Schwartzberg Susan Golden | US Federal Office Building | 201 Varick Street Suite 1006 | | New York | NY | 10014 | | 212-510-0500 | 212-668-2255 | paul.schwartzberg@usdoj.gov | |
| Washington Attorney General | Office of the WA Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 | | 360-753-6200 | | emailago@atg.wa.gov | |
| Wisconsin Attorney General | Office of the WI Attorney General | Attn Bankruptcy Department | Wisconsin Dept of Justice | State Capitol Room 114 East | PO Box 7857 | Madison | WI | 53707-7857 | | 608-266-1221 | | | |
| West Virginia Attorney General | Office of the WV Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd East | | Charleston | WV | 25305 | | 304-558-2021 | | | |
| United States Attorney's Office SDNY | Office of US Attorney SDNY | Attn Rebecca S Tinio | 86 Chambers St Third Floor | | | New York | NY | 10007 | | 212-637-2800; 212-637-2774 | 212-637-2684; 212-637-2702 | Rebecca.Tinio@usdoj.gov | |
| Counsel to Jewish Hospital and St Mary's Healthcare | Polsinelli PC | Jeremy R Johnson | 600 Third Avenue 42nd Floor | | | New York | NY | 10016 | | 646-289-6507 | 646-320-0479 | jeremy.johnson@polsinelli.com | Y |

In re 21st Century Oncology Holdings, Inc., et al.
Case No. 17-22770 (RDD)

Page 2 of 4

Exhibit
Master Service List
Served via

| DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | Consent to Email Only? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Jewish Hospital and St Mary's Healthcare | Polsinelli PC | Jerry L Switzer Jr | 150 N Riverside Plaza Suite 3000 | | | Chicago | IL | 60606 | | 312-873-3626 | 312-893-2005 | jswitzer@polsinelli.com | Y |
| Counsel to Charlene R Thomas Charles C Thomas II MD McDowell Medical Offices LLC McDowell Medical Equipment LLC Henderson Medical Offices LLC Henderson Medical Equipment LLC Strategic Healthcare Advisors LLC Rutherford Medical Offices LLC Regional Development Partners and Rutherford Medical Equipment LLC | Poyner Spruill LLP | Jill C Walters | PO Box 1801 | | | Raleigh | NC | 27602-1801 | | 919-783-2961 | 919-783-1075 | jwalters@poynerspruill.com | Y |
| Counsel to Wilmington Savings Fund Society FSB as Prepetition MDL Agent | Pryor Cashman LLP | Seth H Lieberman Patrick Sibley & Matthew W Silverman | 7 Times Square | | | New York | NY | 10036-65699 | | 212-421-4100 | 212-326-0806 | slieberman@pryorcashman.com; psibley@pryorcashman.com; msilverman@pryorcashman.com | Y |
| Counsel to Atrium 6030 LLC | Rashti & Mitchell Attorneys at law | Timothy T Mitchell | 4422 Ridgeside Drive | | | Dallas | TX | 75244 | | 972-661-9471 | 972-503-9611 | tim@rashtiandmitchell.com | Y |
| Holders of the Debtors' SFRO PIK Notes | Ravi Patel | | 2783 Pillsbury Way | | | Wellington | FL | 33414 | | | 630-214-9881 | | |
| Counsel to Edit Tolnai | Reich Reich & Reich, P.C. | Lawrence R. Reich, Esq. | 235 Main Street, Suite 450 | | | White Plains | NY | 10601 | | 914-949-2126 | | lreich@reichpc.com | Y |
| Counsel to Varian | Rimon, P.C. | Attn: Phillip Wang, Esq. | One Embarcadero Center, Suite 400 | | | San Francisco | CA | 94111 | | 415-968-2002 | 800-930-7271 | phillip.wang@rimonlaw.com | Y |
| Counsel to NCH Healthcare System Inc NCHMD Inc & Naples Community Hospital Inc | Robins Kaplan LLP | David B Shemano | 2049 Century Park East | Suite 3400 | | Los Angeles | CA | 90067 | | | | DShemano@RobinsKaplan.com | |
| Counsel to NCH Healthcare System Inc NCHMD Inc & Naples Community Hospital Inc | Robins Kaplan LLP | Lawrence A Farese | 711 Fifth Avenue South | Suite 201 | | Naples | FL | 34102 | | | | LFarese@RobinsKaplan.com | |
| Counsel to NCH Healthcare System Inc NCHMD Inc & Naples Community Hospital Inc | Robins Kaplan LLP | Michael A Kolcun | 399 Park Avenue Suite 3600 | | | New York | NY | 10022 | | | | MKolcun@RobinsKaplan.com | |
| Counsel to Robert Russell James Corbel Roxanne Haatvedt Veneta Delucchi Melquiades Bonilla Carl Schmitt Matthew Benzion Kathleen LaBarge Stacey Schwartz Timothy Meulenberg Stephen Wilbur Jackie Griffith Judith Cabrera Sharon MacDermid and Steven Brehio Plaintiffs in In re: 21st Century Oncology Customer Data Security Breach Litigation | Robinson Calcagnie Inc | Daniel S Robinson | 19 Corporate Plaza Drive | | | Newport Beach | CA | 92660 | | 949-720-1288 | 949-720-1292 | drobinson@robinsonfirm.com | Y |
| Counsel to Data Breach Plaintiffs | Robinson Calcagnie Inc | Daniel S Robinson Wesley Polischuk | 19 Corporate Plaza Drive | | | Newport Beach | CA | 92660 | | 949-720-1288 | 949-720-1292 | drobinson@robinsonfirm.com; wpolischuk@robinsonfirm.com | Y |
| Counsel to Moody's Investors Service Inc | Satterlee Stephens LLP | Christopher R Belmonte Esq & Pamela A Bosswick Esq | 230 Park Avenue | | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com; pbosswick@ssbb.com | |
| Secretary of the State | Secretary of State | Division of Corporations | 99 Washington Ave Ste 600 | One Commerce Plz | | Albany | NY | 12231-0001 | | 518-473-2492 | 518-474-1418 | | |
| Secretary of the State | Secretary of State | | 123 William St | | | New York | NY | 10038-3804 | | 212-417-5800 | 212-417-2383 | | |
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn General Counsel | 100 F St NE | | | Washington | DC | 20549 | | 202-551-6061 | 202-772-9180 | SECBankruptcy-OGC-ADO@SEC.GOV | |
| Securities and Exchange Commission New York Regional Office | Securities and Exchange Commission NY Regional Office | Andrew Calamari Regional Director | Brookfield Place | 200 Vesey St Ste 400 | | New York | NY | 10281-1022 | | 212-336-1100; 212-336-1020 | 212-336-1320 | bankruptcynoticeschr@sec.gov | Y |
| Counsel to the following Creditors: Practice Management Groups; Current Employees/Contractors; Former Employees/Contractors; Landlords | Shumaker Loop & Kendrick LLP | Steven M Berman | 101 E Kennedy Blvd | Suite 2800 | | Tampa | FL | 33602 | | 813-227-2332 | | sberman@slk-law.com | Y |
| Counsel to Florida Community Bank | Shutts & Bowen LLP | Larry I Glick | 200 South Biscayne Boulevard | Suite 4100 | | Miami | FL | 33131 | | 305-379-9180 | 305-347-7831 | lglick@shutts.com | Y |
| Counsel to Florida Community Bank | Shutts & Bowen LLP | Peter H Levitt | 200 S Biscayne Blvd | Suite 4100 | | Miami | FL | 33131 | | 305-415-9447 | 305-415-9847 | PLevitt@shutts.com | Y |
| Counsel to Nationwide Health Properties LLC | Sidley Austin LLP | Andrew P Propps | 787 Seventh Avenue | | | New York | NY | 10019 | | 212-839-5300 | 212-839-5599 | apropps@sidley.com | Y |
| Counsel to Nationwide Health Properties LLC | Sidley Austin LLP | Anna Gumport | 555 West Fifth Street Suite 4000 | | | Los Angeles | CA | 90013 | | 213-896-6000 | 213-896-6600 | agumport@sidley.com | Y |
| Counsel to Nationwide Health Properties LLC | Sidley Austin LLP | Bojan Guzina | One South Dearborn | | | Chicago | IL | 60603 | | 312-853-7000 | 312-853-7036 | bguzina@sidley.com | Y |
| Counsel to the Ad Hoc Committee of Crossover Lenders and Noteholders and Certain DIP Lenders | Stroock & Stroock & Lavan LLP | Attn Jayme T Goldstein Matthew A Schwartz Frank A Merola & Samantha Martin | 180 Maiden Lane | | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | jgoldstein@stroock.com; mschwartz@stroock.com; fmerola@stroock.com; smartin@stroock.com | |
| Counsel to Radiology Regional Center PA | Trenam Kemker Scharf Barkin Frye O'Neill & Mullis PA | Lori V Vaughan Esq | 101 East Kennedy Blvd | Suite 2700 | | Tampa | FL | 33602 | | 813-223-7474 | 813-229-6553 | lvaughan@trenam.com | Y |

Exhibit
Master Service List
Served via

| DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | Consent to Email Only? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Local Counsel to SCG Capital Corp | Tyding & Rosenberg LLP | Joseph Selba Esq | 100 East Pratt Street 26th Floor | | | Baltimore | MD | 21202 | | 410-752-9753 | 410-727-5460 | jselba@tydingslaw.com | Y |
| Chambers | United States Bankruptcy Court | Honorable Judge Drain | 300 Quarropas Street Rm 248 | Chambers Copy | | White Plains | NY | 10601 | | | | | |
| Counsel to Federal Communications Commission | US Department of Justice | Attorney General | 950 Pennsylvania Ave NW | | | Washington | DC | 20530 | | | | | |
| Department of Veterans Affairs | US Department of Veterans Affairs | Kathleen Ellis | 222 Richmond Avenue Bldg 3 | Room 103 | | Batavia | NY | 14020 | | 585-297-1471 | | Kathleen.ellis3@va.gov | |
| Environmental Protection Agency (US) | US Environmental Protection Agency | Mail Code 2310A, Office of General Counsel | 1200 Pennsylvania Ave NW | | | Washington | DC | 20460 | | 202-564-4700 | | | |
| MDLLC Term Loan | Wilmington Savings Fund Society FSB | Attn Geoff Lewis | 500 Delaware Avenue 11th Floor | | | Wilmington | DE | 19801 | | | 302-421-9137 | adminagent@wsfsbank.com | |
| Indenture Trustee for the Debtors' 11% Senior Notes Due 2023 (the "Senior Notes") | Wilmington Trust National Association | Attention 21st Century Oncology Inc Senior Notes Administrator | 246 Goose Lane Suite 105 | | | Guilford | CT | 06437-2186 | | | 203-453-1183 | | |
| Oncure Notes | Wilmington Trust National Association | Attention Joseph P O'Donnell | 246 Goose Lane Suite 105 | | | Guilford | CT | 06437 | | | 203-453-1183 | jodonnell@wilmingtontrust.com | |

In re 21st Century Oncology Holdings, Inc., et al.
Case No. 17-22770 (RDD)

Page 4 of 4