**DAL LAGO LAW**
999 Vanderbilt Beach Road
Suite 200
Naples, Florida 34108
Telephone: (239) 571-6877
E-mail: mike@dallagolaw.com
Michael R. Dal Lago
New York Bar No. 3988888

*Counsel for Creditor Colonial Bldg. 3 of Naples, Inc.,
a/k/a ESJ VII, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____
                                              )
In re:                                        )
                                              )    Chapter 11
21st CENTURY ONCOLOGY HOLDINGS, INC., *et al.,* )
                                              )    Case No.: 17-22770 (RDD)
                                              )
             Debtors.                         )    (Jointly Administered)
_____)

### LIMITED OBJECTION TO DEBTORS' PROPOSED ASSUMPTION, OR ASSUMPTION AND ASSIGNMENT, OF UNEXPIRED LEASE, FILED BY COLONIAL BLDG. 3 OF NAPLES, INC., A/K/A ESJ VII, LLC

Creditor COLONIAL BLDG. 3 OF NAPLES, INC., a/k/a ESJ VII, LLC'S ("*ESJ*"), hereby files this Objection to the Debtors' proposed assumption (or assumption and assignment) of an unexpired lease in connection with the confirmation of the Debtors' proposed Plan[1], and states as follows:

1. On November 13, 2017, the Debtors filed their Notice of Filing Plan Supplement (Doc. 678), Schedule I of which lists a lengthy schedule of Assumed Executory Contracts and

---

[1] References to the "Plan" herein refer to the Debtors' Joint Chapter 11 Plan of Reorganization of 21st Century Oncology Holdings, Inc. and its Debtor Affiliates (as modified, amended, or supplemented).

Unexpired Leases (the "*Assumption Schedule*").  In the Assumption Schedule, the Debtors listed a Building and Land Lease with ESJ that is to be assumed by the Debtors ("*Lease*").

2. On November 18, 2017, ESJ received a copy of the Debtors' *Notice of (A) Executory Contracts and Unexpired Leases to Be Assumed or Assumed and Assigned by the Debtors Pursuant to the Plan (B) Cure Amounts, If Any, and (C) Related Procedures in Connection Therewith* (the "*Notice*").

3. ESJ is not objecting to the confirmation of the Plan or the assumption (or assumption and assignment) of the Lease by the Debtors.  However, the Notice states that if no cure amount is listed for a particular executory contract or unexpired lease, then the Debtors believe no cure amount is outstanding.

4. Contrary to Debtors' belief, and the "zero dollar" cure amount that the Debtors listed in the Notice, ESJ is owed $6,781.54 for 2016 taxes that are due under the Lease.  A copy of ESJ's invoice to the Debtors reflecting the amount due (which was previously provided to the Debtors) is annexed hereto as Exhibit A.

5. In addition to the cure amount of $6,781.54 referenced above, ESJ is also entitled to reasonable attorneys fees that have been incurred under the Lease.  These attorneys' fees amount to $2,000.

6. In sum, the total cure amount owed to ESJ is $8,781.54.

7. Because the Debtors seemingly intend to avoid payment of this cure amount, ESJ objects to the assumption (or assumption and assignment) of the Lease.

Dated:  November 27, 2017                      Respectfully submitted,

                                               **DAL LAGO LAW**

                                               */s/ Michael R. Dal Lago*
                                               MICHAEL R. DAL LAGO

           New York Bar No. 3988888
           999 Vanderbilt Beach Road
           Suite 200
           Naples, Florida 34108
           Telephone:  (239) 571-6877
           E-mail:  mike@dallagolaw.com

           *Counsel for Creditor, Colonial Bldg. 3 of*
           *Naples, Inc. a/k/a ESJ VII, LLC*

## **CERTIFICATE OF SERVICE**

  I CERTIFY that on this 27th day of November, 2017 a true and correct copy of the foregoing was served electronically through the Court's CM/ECF Noticing system on all parties registered for electronic service including **Counsel for the Debtor, Christopher Marcus, Esq. and John Thomas Weber, Esq.,** Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022; and **United States Trustee,** Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014.

           */s/ Michael R. Dal Lago*
           MICHAEL R. DAL LAGO
           New York Bar No. 3988888

# **EXHIBIT A**

**Colonial Bldg. 3 of Naples, Inc.**
c/o KOVA Property Management, LLC, PO Box 110876
Naples, FL, 34108

**Statement**

| | |
|---|---|
| Account | colo3 102 esj |
| Prop Name | Colonial Building 3 Condominium |
| Assigned | 102 |
| Date | 3/24/2017 |
| Payment | $ _____ |

ESJ VII, LLC
2485 Lantern Lane
Naples, FL 34102

| Date | Description | Unit | Ctrl | Charges | Payments | Balance |
|---|---|---|---|---|---|---|
| 01/01/2017 | Association Fees (01/2017) | 102 | C-142125 | 5,639.96 | | 5,639.96 |
| 01/01/2017 | Reserves (01/2017) | 102 | C-142126 | 1,392.02 | | 7,031.98 |
| 01/05/2017 | Chk# 014906 - :CHECKscan Payment | | R-41408 | | 7,031.98 | 0.00 |
| 03/21/2017 | 1Q Revised Billing | 102 | C-145968 | 204.64 | | 204.64 |
| 03/21/2017 | 1Q Revised Billing | 102 | C-145969 | -72.00 | | 132.64 |
| 04/01/2017 | Association Fees (04/2017) | 102 | C-147162 | 5,844.60 | | 5,977.24 |
| 04/01/2017 | Reserves (04/2017) | 102 | C-147163 | 1,320.02 | | 7,297.26 |

| 30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 64.62 | 132.64 | 0.00 | 0.00 | 7,297.26 |