**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------

|  |  |
|---|---|
|  | : |
| *In re* | : Chapter 11 |
|  | : Case No. 17-22770 (RDD) |
| 21st CENTURY ONCOLOGY | : Jointly Administered |
| HOLDINGS, INC., *et al.* [1], | : |
| Debtors. | : **Objection Deadline:** Feb 7, 2018 at 4:00 pm (ET) |
|  | : **Hearing Date:** Scheduled only if necessary |

-------------------------------------------------------------

**FOURTH MONTHLY STATEMENT OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM NOVEMBER 1, 2017 THROUGH DECEMBER 31, 2017**

| | |
|---|---|
| Name of Applicant**:** | Berkeley Research Group LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | August 12, 2017 *nunc pro tunc* to June 8, 2017 |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2017 through December 31, 2017 |
| Actual Amount of Compensation Sought as Actual, Reasonable and Necessary: | $62,543.20 (80% of $78,179.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $156.28[2] |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$62,699.48** |

This is a(n):  __X__ Monthly Application ___Interim Application ___ Final Application

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order Directing Joint Administration of Chapter 11 Cases* (Dkt. No. 30)

[2] The date listed for expenses contained in Exhibit E does not necessarily reflect the date on which the expense was actually incurred by Applicant.

**Summary of Monthly Fee Statements Filed**

| Application | | Requested | | Order | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Total Fees | Expenses | Date Filed/ Docket No. | Fees | Expenses | Fees and Expenses |
| 9/20/2017 Dkt No. 446 | 6/8/2017- 6/30/2017 | $454,030.00 | $2,948.28 | N/A | $454,030.00 | $2,948.28 | $0.00 |
| 11/13/2017 Dkt No. 676 | 7/1/2017- 9/30/2017 | $1,048,717.00 | $474.60 | N/A | $145,495.40 | $474.60 | $901,821.60 |
| 11/14/2017 | 6/8/2017- 9/30/2017 | $1,502,747.00 | $3,422.88 | 1/3/2018 Dkt No 881 | $599,525.40 | $3,422.88 | $901,821.60 |
| 12/8/2017 Dkt No 819 | 10/1/2017- 10/31/2017 | $44,824.00 | $0.00 | N/A | $0.00 | $0.00 | $44,824.00 |
| **Totals** | | **$1,547,571.00** | **$3,422.88** | | **$599,525.40** | **$3,422.88** | **$946,645.60** |

[*Remainder of this Page Intentionally Left Blank*]

**Relief Requested**

This is Berkeley Research Group's ("BRG") fourth monthly fee statement for compensation (the "Fee Statement") for the period November 1, 2017 through December 31, 2017 (the "Monthly Fee Period") filed pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* (Docket No. 233) (the "Interim Compensation Order"). BRG requests: (a) allowance of compensation in the amount of $78,179.00 (80% of which is $62,543.20) for actual, reasonable and necessary professional services rendered to the Committee by BRG and (b) reimbursement of actual, reasonable and necessary costs and expenses in the amount of $156.28 incurred by BRG.

**Services Rendered and Disbursements Incurred**

Attached as **Exhibit A** is the schedule of professionals who rendered services to the Committee during the Monthly Fee Period, including each person's billing rate and the blended rate and **Exhibit B** shows the schedule of fees expended during the Monthly Fee Period by task code. Attached as **Exhibit C** are BRG's monthly detailed time descriptions for the Monthly Fee Period which describe the time spent by each BRG professional. **Exhibit D** shows the summary totals for each category of expense while **Exhibit E** is an itemization and description of each expense incurred within each category.

**Notice and Objection Procedures**

BRG provided notice of this Fee Statement to: (a) the Debtors; (b) Counsel to the Debtors; (c) the Office of the United States Trustee for the Southern District of New York; (d) counsel to the ad hoc committee of lenders under the Debtors' prepetition secured credit facility; (e) counsel to the administrative agent under the Debtors' prepetition secured credit facility; (f) counsel to the Committee; (g) counsel to each of the administrative agent under the Debtors'

prepetition secured credit facilities; (h) counsel the the indenture trustee for the Debtors' 11% senior notes due 2023; (i) counsel for the ad hoc group of crossover lenders under the Debtors' prepetition secured credit facilities and holders of the Debtors' 11% senior notes due 2023; (j) counsel for the agent under the Debtors' postpetition financing facility; and (k) to the extent not listed herein those parties requesting notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").

Wherefore, pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received BRG respectfully requests: (i) 80% of BRG's total fees for services rendered during the Monthly Fee Period ($62,543.20) and (ii) 100% of the total disbursements incurred during the Monthly Fee Period ($156.28).

Date: January 24, 2018                    Berkeley Research Group, LLC

                                          By _____
                                          David Galfus
                                          Managing Director
                                          250 Pehle Avenue, Suite 301
                                          Saddle Brook, NJ  07663
                                          207-587-7117

**21st CENTURY ONCOLOGY HOLDINGS, INC., et al.**

## Berkeley Research Group, LLC



### Exhibit A: Fees By Professional

For the Period 11/1/2017 through 12/31/2017

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| C. Kearns | Managing Director | $980.00 | 7.3 | $7,154.00 |
| D. Galfus | Managing Director | $980.00 | 17.0 | $16,660.00 |
| J. Emerson | Senior Managing Consultant | $475.00 | 109.7 | $52,107.50 |
| M. Haverkamp | Case Assistant | $175.00 | 12.9 | $2,257.50 |
| **Total** | | | **146.9** | **$78,179.00** |
| **Blended Rate** | | | | **$532.19** |

Berkeley Research Group, LLC

Invoice for the 11/1/2017 - 12/31/2017 Period

**21st CENTURY ONCOLOGY HOLDINGS, INC., et al.**

**Berkeley Research Group, LLC**



## Exhibit B: Fees By Task Code

For the Period 11/1/2017 through 12/31/2017

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 4.0 | $2,607.00 |
| 05. Professional Retention/ Fee Application Preparation | 21.5 | $7,504.00 |
| 06. Attend Hearings/Related Activities | 3.5 | $2,521.00 |
| 08. Interaction/Meetings with Creditors | 3.9 | $3,822.00 |
| 10. Recovery/SubCon/Lien Analysis | 7.7 | $3,657.50 |
| 11. Claim Analysis/Accounting | 13.0 | $7,538.50 |
| 14. Executory Contracts/Leases | 1.1 | $724.50 |
| 19. Cash Flow/Cash Management Liquidity | 74.7 | $38,310.50 |
| 27. Plan of Reorganization/Disclosure Statement | 17.0 | $11,004.00 |
| 39. Overseas/Foreign Entity Proceedings | 0.5 | $490.00 |
| **Total** | **146.9** | **$78,179.00** |
| **Blended Rate** | | **$532.19** |

Berkeley Research Group, LLC

Invoice for the 11/1/2017 - 12/31/2017 Period

**21st CENTURY ONCOLOGY HOLDINGS, INC., et al.**



**Berkeley Research Group, LLC**

**Exhibit C: Time Detail**

For the Period 11/1/2017 through 12/31/2017

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/Disposition** | | | |
| 11/1/2017 | J. Emerson | 2.6 | Prepared analysis of alliance sale review to determine reasonableness. |
| 11/3/2017 | D. Galfus | 0.6 | Analyzed the Debtors' proposed sale of a non-core asset. |
| 11/3/2017 | C. Kearns | 0.5 | Reviewed draft APA for potential sale of Alliance business. |
| 11/9/2017 | D. Galfus | 0.3 | Reviewed the recent sale motion from the Debtors. |
| ***Task Code Total Hours*** | | ***4.0*** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 11/1/2017 | M. Haverkamp | 2.2 | Prepared second monthly fee statement. |
| 11/2/2017 | M. Haverkamp | 1.8 | Prepared First Interim fee application. |
| 11/2/2017 | D. Galfus | 0.9 | Prepared BRG's 3 month fee application ended September. |
| 11/3/2017 | J. Emerson | 2.4 | Prepared second monthly fee application. |
| 11/3/2017 | M. Haverkamp | 1.3 | Edited second monthly fee application. |
| 11/3/2017 | D. Galfus | 0.5 | Reviewed BRG's 3 month fee application ended September. |
| 11/3/2017 | C. Kearns | 0.2 | Reviewed interim fee application. |
| 11/7/2017 | M. Haverkamp | 2.9 | Edited second monthly fee statement. |
| 11/8/2017 | M. Haverkamp | 0.1 | Edited second monthly fee statement. |
| 11/9/2017 | J. Emerson | 1.2 | Prepared 1st interim fee application. |
| 11/9/2017 | M. Haverkamp | 0.1 | Edited second monthly. |
| 11/10/2017 | M. Haverkamp | 1.4 | Prepared second interim fee application. |
| 11/13/2017 | J. Emerson | 2.7 | Continued to prepare first interim fee application. |
| 11/13/2017 | M. Haverkamp | 1.0 | Prepared first interim fee application. |

Berkeley Research Group, LLC

Invoice for the 11/1/2017 - 12/31/2017 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 11/14/2017 | D. Galfus | 0.7 | Prepared BRG's first interim fee application for filing. |
| 11/14/2017 | M. Haverkamp | 0.7 | Prepared first interim fee application. |
| 12/5/2017 | M. Haverkamp | 1.0 | Prepared October fee statement. |
| 12/7/2017 | M. Haverkamp | 0.2 | Edited third monthly fee statement. |
| 12/8/2017 | M. Haverkamp | 0.2 | Edited October fee statement for filing. |
| *Task Code Total Hours* | | *21.5* | |
| **06. Attend Hearings/Related Activities** | | | |
| 11/9/2017 | C. Kearns | 0.6 | Listened by phone to court hearing - status conference on various unliquidated claims. |
| 12/5/2017 | J. Emerson | 0.8 | Participated in hearing related to various case issues. |
| 12/7/2017 | C. Kearns | 0.3 | Attended, telephonically, hearing re: Alliance sale. |
| 12/11/2017 | J. Emerson | 1.0 | Participated in hearing related to various case issues. |
| 12/11/2017 | C. Kearns | 0.1 | Reviewed emails from Counsel re: hearing summary. |
| 12/19/2017 | C. Kearns | 0.7 | Participated by phone in the court hearing re: interim fee applications. |
| *Task Code Total Hours* | | *3.5* | |
| **08. Interaction/Meetings with Creditors** | | | |
| 11/1/2017 | C. Kearns | 0.1 | Emailed with Counsel re: status of resolution of key remaining issues and claims. |
| 11/2/2017 | D. Galfus | 0.5 | Participated in a call with Counsel (J. Levine) and the Committee re: an update on case matters. |
| 11/2/2017 | C. Kearns | 0.5 | Participated in call with the full Committee re: operations update, status of resolution of key issues to go effective, and other case related issues. |
| 11/2/2017 | C. Kearns | 0.2 | Reviewed report for the Committee re: operations and overall case update. |
| 11/3/2017 | D. Galfus | 0.2 | Held call with B. Butterfield, Counsel, re: the Debtors' proposed sale. |
| 11/9/2017 | D. Galfus | 0.2 | Reviewed Counsel's summary of the hearing. |
| 11/15/2017 | C. Kearns | 0.1 | Emailed from Counsel re: status of resolution of key open issues. |
| 11/30/2017 | D. Galfus | 0.6 | Prepared outline for discussion with the Committee. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **08. Interaction/Meetings with Creditors** | | | |
| 11/30/2017 | D. Galfus | 0.4 | Participated in a call with the Committee and Counsel (J. Levine) re: status of case and expected timing for emergence. |
| 11/30/2017 | C. Kearns | 0.3 | Participated in a portion of call with the Committee re: status of confirmation process. |
| 12/13/2017 | D. Galfus | 0.2 | Held call with A. Kissner, Morrison Foerster re: potential exit timing. |
| 12/13/2017 | D. Galfus | 0.2 | Held call with B. Butterfield re: status of exit financing. |
| 12/20/2017 | D. Galfus | 0.4 | Held call with A. Kissner, Counsel re: claims. |
| *Task Code Total Hours* | | **3.9** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 11/16/2017 | J. Emerson | 2.3 | Analyzed Debtors' settlement motion to understand impact on creditor recoveries. |
| 12/5/2017 | J. Emerson | 1.2 | Analyzed various contract and lease rejection objections to determine potential impact to recoveries. |
| 12/13/2017 | J. Emerson | 1.4 | Prepared analysis of certain lease rejection damages to determine impact on unsecured creditor recoveries. |
| 12/19/2017 | J. Emerson | 2.1 | Prepared analysis of certain lease rejection damages to determine impact on unsecured creditor recoveries. |
| 12/21/2017 | J. Emerson | 0.7 | Prepared analysis of certain lease rejection damages to determine impact on unsecured creditor recoveries. |
| *Task Code Total Hours* | | **7.7** | |
| **11. Claim Analysis/Accounting** | | | |
| 11/2/2017 | J. Emerson | 2.8 | Prepared claims analysis for inclusion in presentation to the Unsecured Creditors Committee. |
| 11/2/2017 | J. Emerson | 2.6 | Continued to prepare claims analysis for inclusion in presentation to the Unsecured Creditors Committee. |
| 11/7/2017 | J. Emerson | 1.6 | Revised claims analysis. |
| 11/7/2017 | C. Kearns | 0.3 | Reviewed status and pleadings re: ongoing litigation with data breach claimants. |
| 11/20/2017 | C. Kearns | 0.3 | Reviewed Counsel summary of proposed settlement with the government. |
| 11/21/2017 | C. Kearns | 0.3 | Reviewed memo from Counsel re: resolution of various claims. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 11/29/2017 | D. Galfus | 0.7 | Reviewed the Debtors' claims objection material. |
| 12/15/2017 | D. Galfus | 0.4 | Analyzed the reconciliation of the Atrium claim. |
| 12/18/2017 | D. Galfus | 0.2 | Analyzed the status of the claims reconciliation process. |
| 12/20/2017 | D. Galfus | 0.5 | Analyzed the reconciliation of the Atrium claim. |
| 12/28/2017 | J. Emerson | 2.6 | Prepared illustrative recovery for claim based on latest general unsecured claims pool. |
| 12/29/2017 | J. Emerson | 0.7 | Revised claims analysis based on inclusion of certain notes claims into general unsecured claims pool. |
| *Task Code Total Hours* | | *13.0* | |
| **14. Executory Contracts/Leases** | | | |
| 11/1/2017 | J. Emerson | 0.7 | Analyzed Debtors' notice of rejection of executory contracts. |
| 11/14/2017 | D. Galfus | 0.4 | Reviewed lease rejection filings by the Debtors. |
| *Task Code Total Hours* | | *1.1* | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 11/1/2017 | J. Emerson | 2.9 | Analyzed Debtor provided MDL status update. |
| 11/1/2017 | J. Emerson | 2.7 | Prepared MDL update slides for inclusion in presentation to the Unsecured Creditors Committee. |
| 11/1/2017 | J. Emerson | 2.7 | Revised 11/2 Unsecured Creditors Committee presentation slides to reflect new information. |
| 11/1/2017 | D. Galfus | 1.9 | Edited BRG's report on the Debtors' recent operating performance and other matters. |
| 11/1/2017 | D. Galfus | 0.6 | Reviewed the Debtors' MOR filings. |
| 11/1/2017 | D. Galfus | 0.6 | Reviewed the Debtors' recent cash usage for operations. |
| 11/1/2017 | C. Kearns | 0.2 | Reviewed draft report for Committee re: operations and liquidity update. |
| 11/2/2017 | D. Galfus | 1.3 | Reviewed BRG's updated report on the Debtors recent operating performance and other matters. |
| 11/2/2017 | D. Galfus | 0.5 | Reviewed the recent cash operating report provided by the Debtors. |
| 11/3/2017 | J. Emerson | 2.1 | Analyzed Debtors' week ended 10/27/17 financial results. |

Berkeley Research Group, LLC

Invoice for the 11/1/2017 - 12/31/2017 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 11/8/2017 | J. Emerson | 2.6 | Analyzed Debtors' week ended 11/3/17 financial results. |
| 11/8/2017 | J. Emerson | 1.7 | Analyzed Debtors' 11/8/17 proposed budget. |
| 11/9/2017 | D. Galfus | 0.5 | Reviewed the Debtors' recent cash reporting. |
| 11/13/2017 | J. Emerson | 1.9 | Revised slides re: Debtors' actual results versus budget through 11/3/17 results. |
| 11/15/2017 | J. Emerson | 2.8 | Analyzed Debtors' week ended 11/10/17 financial results. |
| 11/20/2017 | J. Emerson | 2.7 | Revised slides re: Debtors' actual results versus budget through 11/10/17 results. |
| 11/20/2017 | J. Emerson | 0.5 | Continued to revise slides re: Debtors' actual results versus budget through 11/10/17 results. |
| 11/22/2017 | J. Emerson | 2.6 | Analyzed Debtors' week ended 11/17/17 financial results. |
| 11/28/2017 | J. Emerson | 2.9 | Prepared slides for cash report re: operating results for week ended 11/17/17. |
| 11/29/2017 | J. Emerson | 2.7 | Analyzed Debtors' week ended 11/24/17 financial results. |
| 11/29/2017 | J. Emerson | 0.5 | Prepared slides for cash report re: operating results for week ended 11/24/17. |
| 11/30/2017 | J. Emerson | 2.8 | Prepared slides for cash report re: operating results for week ended 11/24/17. |
| 12/1/2017 | J. Emerson | 2.4 | Prepared slide re: Debtors' Monthly Operating Report. |
| 12/4/2017 | J. Emerson | 0.9 | Updated slide re: Debtors' Monthly Operating Report. |
| 12/5/2017 | J. Emerson | 1.4 | Prepared analysis of exit cost and impact to liquidity. |
| 12/7/2017 | J. Emerson | 2.6 | Prepared slides for cash report re: operating results for week ended 12/1/17. |
| 12/7/2017 | J. Emerson | 2.0 | Analyzed Debtors' week ended 12/1/17 reporting. |
| 12/8/2017 | J. Emerson | 1.9 | Analyzed Debtors' October Monthly Operating Report. |
| 12/8/2017 | J. Emerson | 1.0 | Revised weekly cash variance report (12/1/17) for the Unsecured Creditors Committee to reflect new information. |
| 12/12/2017 | J. Emerson | 1.2 | Prepared analysis of additional costs related to 90 day DIP extension. |
| 12/13/2017 | J. Emerson | 2.6 | Prepared week ended 12/8/17 presentation on Debtors' operating performance. |

Berkeley Research Group, LLC

Invoice for the 11/1/2017 - 12/31/2017 Period

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 12/13/2017 | J. Emerson | 2.4 | Analyzed Debtors' 12/8/17 variance reporting. |
| 12/14/2017 | J. Emerson | 1.6 | Updated Debtors' operating performance slides to reflect new information. |
| 12/15/2017 | J. Emerson | 1.8 | Analyzed liquidity impact of 12/15 financing term sheet. |
| 12/20/2017 | J. Emerson | 2.8 | Prepared slides re: Analysis of Debtors' actual performance through 12/15. |
| 12/20/2017 | J. Emerson | 2.4 | Analyzed Debtors' week ended 12/15/17 reporting. |
| 12/20/2017 | J. Emerson | 1.1 | Continued to prepare slides re: Analysis of Debtors' actual performance through 12/15. |
| 12/27/2017 | J. Emerson | 2.1 | Prepared slides re: Analysis of Debtors' actual performance through 12/22/17. |
| 12/27/2017 | J. Emerson | 1.8 | Analyzed Debtors' week ended 12/22/17 reporting. |
| 12/27/2017 | J. Emerson | 1.2 | Continued to prepare slides re: Analysis of Debtors' actual performance through 12/22/17. |
| 12/28/2017 | J. Emerson | 1.8 | Prepared slides re: Analysis of Debtors' actual performance through 12/22/17. |
| ***Task Code Total Hours*** | | **74.7** | |
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 11/14/2017 | J. Emerson | 2.3 | Analyzed Debtors' filed Plan supplement. |
| 11/14/2017 | C. Kearns | 0.4 | Reviewed disclosure statement supplements related to executory contracts. |
| 11/29/2017 | D. Galfus | 0.8 | Analyzed the Debtors' information associated with the exit from bankruptcy. |
| 11/29/2017 | C. Kearns | 0.4 | Reviewed term sheet for possible ABL exit facility. |
| 11/29/2017 | C. Kearns | 0.2 | Reviewed Counsel summary of status of Plan objections. |
| 11/30/2017 | C. Kearns | 0.2 | Reviewed draft Committee statement supporting the Plan. |
| 12/1/2017 | J. Emerson | 1.6 | Prepared illustrative revolver availability under the proposed exit financing. |
| 12/1/2017 | J. Emerson | 1.1 | Reviewed Declaration of Paul Rundell in support of confirmation of the joint Plan of Reorganization. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 12/1/2017 | C. Kearns | 0.7 | Review Debtors' papers in support of confirmation. |
| 12/4/2017 | J. Emerson | 0.8 | Analyzed UCC support of confirmation of chapter 11 plan of reorganization. |
| 12/7/2017 | J. Emerson | 1.2 | Analyzed amendment #1 to the backstop purchase agreement to determine potential impact to creditors. |
| 12/13/2017 | D. Galfus | 0.5 | Reviewed the exit financing forecast. |
| 12/13/2017 | D. Galfus | 0.2 | Held call with J. Cha, Millstein re: status of exit financing. |
| 12/15/2017 | D. Galfus | 1.1 | Reviewed the status of the Debtors' financing and related ability to exit. |
| 12/15/2017 | C. Kearns | 0.2 | Reviewed status of exit financing to go effective. |
| 12/18/2017 | J. Emerson | 1.6 | Prepared analysis of potential funding shortfall based on latest proposed exit financing. |
| 12/18/2017 | D. Galfus | 0.6 | Analyzed the status of exit financing and related needs for exit. |
| 12/18/2017 | C. Kearns | 0.2 | Held conference call with J. Levine (Morrison Foerster) re: status of the Plan going effective including financings at closing. |
| 12/18/2017 | C. Kearns | 0.2 | Reviewed status of exit financing. |
| 12/18/2017 | C. Kearns | 0.1 | Prepared email to Committee re: the status of financings for closing. |
| 12/21/2017 | J. Emerson | 2.6 | Analyzed second supplement to the Plan supplement (exhibits I and J) to determine impact to creditor recoveries. |
| *Task Code Total Hours* | | *17.0* | |
| **39. Overseas/Foreign Entity Proceedings** | | | |
| 11/1/2017 | D. Galfus | 0.5 | Reviewed the Debtors' recent operations at MDL. |
| *Task Code Total Hours* | | *0.5* | |
| **Total Hours** | | **146.9** | |

**21st CENTURY ONCOLOGY HOLDINGS INC., et al.**

**Berkeley Research Group, LLC**

**Exhibit D: Expenses By Category**

For the Period 11/1/2017 through 12/31/2017



| Expense Category | Amount |
|---|---:|
| 02. Travel - Train and Bus | $27.00 |
| 07. Travel - Parking | $97.50 |
| 10. Meals | $13.37 |
| 14. Express Messenger/Shipping | $18.41 |
| **Total Expenses for the Period 11/1/2017 through 12/31/2017** | **$156.28** |

Berkeley Research Group, LLC

Invoice for the 11/1/2017 - 12/31/2017 Period

**21st CENTURY ONCOLOGY HOLDINGS INC., et al.**

**Berkeley Research Group, LLC**



**Exhibit E: Expense Detail**

For the Period 11/1/2017 through 12/31/2017

| Date | Professional | Amount | Description |
|---|---|---|---|
| **02. Travel - Train and Bus** | | | |
| 12/1/2017 | D. Galfus | $7.50 | Toll charge to get into NY for meetings on 6/14/2017. |
| 12/1/2017 | J. Emerson | $19.50 | Train Travel to NYC to collaborate with professionals on 8/30/2017. |
| *Expense Category Total* | | *$27.00* | |
| **07. Travel - Parking** | | | |
| 12/1/2017 | D. Galfus | $22.00 | Parking in NY for meeting on 6/22/2017. |
| 12/1/2017 | D. Galfus | $22.00 | Parking in NY for meeting on 6/27/2017. |
| 12/1/2017 | D. Galfus | $22.00 | Parking in NY for meeting on 6/8/2017. |
| 12/1/2017 | D. Galfus | $31.50 | Parking in NY for meetings on 6/14/2017. |
| *Expense Category Total* | | *$97.50* | |
| **10. Meals** | | | |
| 12/1/2017 | J. Emerson | $5.50 | Working dinner on 10/11/2017. |
| 12/1/2017 | J. Emerson | $7.87 | Working late dinner on 11/1/2017. |
| *Expense Category Total* | | *$13.37* | |
| **14. Express Messenger/Shipping** | | | |
| 12/31/2017 | BRG Direct | $18.41 | FedEx - Express Messenger/Shipping. |
| *Expense Category Total* | | *$18.41* | |
| **Total Expenses** | | **$156.28** | |

Berkeley Research Group, LLC

Invoice for the 11/1/2017 - 12/31/2017 Period