**Objection Deadline: March 16, 2018**

MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Lorenzo Marinuzzi
Jonathan I. Levine

*Counsel to the Official Committee of Unsecured*
*Creditors of 21st Century Oncology Holdings, Inc., et al.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 21st CENTURY ONCOLOGY HOLDINGS, INC., *et al.*,[1] | ) | 17-22770 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**EIGHTH MONTHLY FEE STATEMENT OF MORRISON & FOERSTER LLP
AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD JANUARY 1, 2018 THROUGH JANUARY 16, 2018**

| **Name of Applicant:** | **Morrison & Foerster LLP** |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | August 11, 2017 *nunc pro tunc* to June 8, 2017 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2018 through January 16, 2018 (the "Fee Period") |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $57,776.75 (80% = $46,221.40) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $324.20 |

---

[1] Each of the Debtors in the above-captioned jointly administered chapter 11 cases and their respective tax identification numbers are set forth in the *Order Directing Joint Administration of Chapter 11 Cases* [Docket No. 30].  The location of 21st Century Oncology Holdings, Inc.'s corporate headquarters and the Debtors' service address is: 2270 Colonial Boulevard, Fort Myers, Florida 33907.

ny-1315168

This is a(n) **X** monthly ____ interim __ final application.  No prior application was filed for this Fee Period.[2]

---

[2] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order (as defined herein), and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order.

ny-1315168

Pursuant to sections 330, 331 and 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief,* dated July 19, 2017 [Docket No. 233] (the "Interim Compensation Order"), the law firm of Morrison & Foerster LLP ("Morrison & Foerster" or the "Firm"), counsel for the Official Committee of Unsecured Creditors of 21st Century Oncology Holdings, Inc. and its subsidiaries that are debtors and debtors-in-possession in these proceedings (collectively, the "Debtors"), hereby files this monthly fee statement (this "Monthly Fee Statement") for:  (i)  compensation in the amount of $57,776.75 for the actual, reasonable and necessary legal services rendered to the Debtors during the Fee Period (80% of which is $46,221.40) and (ii) reimbursement for the actual and necessary expenses incurred by Morrison & Foerster during the Fee Period in the amount of $324.20.

**Itemization of Services Rendered and Disbursements Incurred**

1.    In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a summary of the prior fee statements submitted by Morrison & Foerster and the amounts paid by the Debtors in connection with these chapter 11 cases.

- **Exhibit B** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Morrison & Foerster's attorneys and paraprofessionals during the Fee Period with respect to each of the subject matter categories established by Morrison & Foerster in accordance with its internal billing procedures.  Morrison & Foerster is requesting $57,776.75 in fees during the Fee Period.  Pursuant to this Monthly Fee Statement, Morrison & Foerster seeks reimbursement for 80% of such fees, which is $46,221.40.

- **Exhibit C** is a schedule providing certain information regarding the Morrison & Foerster attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement.  Attorneys and paraprofessionals of Morrison & Foerster have **expended** a total of 65.5 hours in connection with these chapter 11 cases during the Fee Period.

3

ny-1315168

- **Exhibit D** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which Morrison & Foerster is seeking reimbursement in this Monthly Fee Statement.

- **Exhibit E** consists of Morrison & Foerster's time detail and records of fees and expenses incurred during the Fee Period.

WHEREFORE, Morrison & Foerster requests (a) payment in the amount of $46,221.40 for actual, reasonable and necessary legal services rendered to the Debtors during the Fee Period (which is 80% of $57,776.75) and (b) reimbursement in the amount of $324.20 for the actual and necessary expenses incurred by Morrison & Foerster during the Fee Period, and that such fees and expenses be paid as administrative expenses of the Debtors.

Dated:  March 2, 2018
New York, New York

/s/ Lorenzo Marinuzzi
Lorenzo Marinuzzi
Jonathan I. Levine
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to the Official Committee of Unsecured Creditors of 21st Century Oncology Holdings, Inc., et al.*

4

ny-1315168

**Exhibit A**

ny-1315168

### Prior Fee Requests

| Filing Name, Filing Date, Docket No. | Period Covered | Total Fees and Expenses Requested | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|---|
| First Monthly Fee Statement<br><br>8/18/2017<br><br>Dkt. No. 339 | 6/8/2017 – 6/30/2017 | $364,062.77 | $360,655.00 | $3,407.77 | $288,524.00 | $3,407.77 |
| Second Monthly Fee Statement<br><br>8/22/2017<br><br>Dkt. No. 347 | 7/1/2017 – 7/31/2017 | $348,336.57 | $345,465.75 | $2,870.82 | $276,372.60 | $2,870.82 |
| Third Monthly Fee Statement<br><br>10/2/2017<br><br>Dkt. No. 486 | 8/1/2017 – 8/31/2017 | $253,512.29 | $247,957.00 | $5,555.29 | $198,365.60 | $5,555.29 |
| Fourth Monthly Fee Statement<br><br>10/23/2017<br><br>Dkt. No. 553 | 9/1/2017 – 9/30/2017 | $198,631.70 | $196,870.50 | $1,761.20 | $157,497.20 | $1,761.20 |
| Fifth Monthly Fee Statement<br><br>11/27/2017<br><br>Dkt. No. 754 | 10/1/2017 – 10/31/2017 | $125,274.49 | $124,352.00 | $922.49 | $99,481.60 | $922.49 |
| Sixth Monthly Fee Statement<br><br>12/22/2017<br><br>Dkt. No. 874 | 11/1/2017 – 11/30/2017 | $111,852.81 | $110,924.00 | $928.81 | $0.00 | $0.00 |
| Seventh Monthly Fee Statement<br><br>1/29/2018<br><br>Dkt. No. 936 | 12/1/2017 – 12/31/2017 | $62,436.32 | $61,686.50 | $749.82 | $0.00 | $0.00 |

**Exhibit B**

ny-1315168

## Statement of Fees and Expenses by Subject Matter

| Project Category Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 002 | Asset Disposition | 0.50 | $590.50 |
| 006 | Business Operations | 0.40 | $478.00 |
| 007 | Case Administration | 4.90 | $2,051.50 |
| 008 | Claims Administration and Objections | 2.60 | $2,325.00 |
| 011 | Employment and Fee Applications | 0.30 | $337.50 |
| 015 | Meetings and Communications with Creditors | 8.00 | $7,580.00 |
| 016 | Non-Working Travel | 2.10 | $1,837.50 |
| 017 | Plan and Disclosure Statement | 35.10 | $32,805.50 |
| 019 | Relief from Stay and Adequate Protection | 0.70 | $836.50 |
| 024 | Hearings | 10.90 | $9,853.50 |
| **Total Incurred:** | | **65.5** | **$58,695.50** |
| **Less Client Accommodation for Non-Working Travel (50% of Fees Incurred):** | | | **$(918.75)** |
| **Total Requested:** | | | **$57,776.75** |

ny-1315168

**Exhibit C**

ny-1315168

### Attorney and Paraprofessional Information

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Earliest Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bell, Jeffery | Partner | 2001 | Corporate | $1,025.00 | 1.80 | $1,845.00 |
| Levine, Jonathan I. | Partner | 2001 | Business Finance & Restructuring | $1,125.00 | 25.60 | $28,800.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Finance & Restructuring | $1,195.00 | 6.90 | $8,245.50 |
| Butterfield, Benjamin | Associate | 2014 | Business Finance & Restructuring | $725.00 | 0.90 | $652.50 |
| Harris, Daniel J. | Associate | 2008 | Business Finance & Restructuring | $875.00 | 11.70 | $10,237.50 |
| Heller, Russell | Associate | 2016 | Business Finance & Restructuring | $525.00 | 2.20 | $1,155.00 |
| Kissner, Andrew | Associate | 2017 | Business Finance & Restructuring | $525.00 | 11.40 | $5,985.00 |

ny-1315168

The Morrison & Foerster paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Guido, Laura | Senior Paralegal | 10 years | Business Finance & Restructuring | $355.00 | 5.00 | $1,775.00 |

### Blended Rates

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,133.83 | 34.3 | $38,890.50 |
| Associates and Attorneys | $688.16 | 26.2 | $18,030.00 |
| **Total Incurred by all Attorneys:** | **$940.83** | **60.5** | **$56,920.50** |
| Less Client Accommodation for Non-Working Travel (50% of Fees Incurred): | | | $(918.75) |
| **Blended Attorney Rate:** | **$925.64** | **60.5** | **$56,001.75** |
| Paraprofessionals and Non-Legal Staff | $355.00 | 5.0 | $1,775.00 |
| **Total Requested:** | **$882.08** | **65.5** | **$57,776.75** |

**<u>Exhibit D</u>**

ny-1315168

## Summary of Actual and Necessary Expenses for the Fee Period

| Service Description | Amount |
|---|---|
| Travel | $35.00 |
| Epiq eDiscovery Managed Services | $154.20 |
| Travel Meals | $40.00 |
| Miscellaneous Disbursement - CourtCall | $95.00 |
| **Total Requested** | **$324.20** |

ny-1315168

## **Exhibit E**

ny-1315168

# MORRISON | FOERSTER

|  |  |
|---|---|
| P O BOX 742335<br>LOS ANGELES<br>CALIFORNIA 90074-2335<br><br>TELEPHONE: 415 268 7000<br>FACSIMILE: 415 268 7522<br><br>WWW MOFO COM | MORRISON & FOERSTER LLP<br><br>NEW YORK, SAN FRANCISCO,<br>LOS ANGELES, PALO ALTO,<br>SAN DIEGO, WASHINGTON D.C.,<br>DENVER, NORTHERN VIRGINIA<br><br>TOKYO, BEIJING, SHANGHAI,<br>HONG KONG, SINGAPORE<br><br>LONDON, BRUSSELS, BERLIN |

21st Century Oncology, Inc.
2234 Colonial Boulevard
Fort Myers, FL  33907
Attn: Kim Commins-Tzoumakas

**Taxpayer ID #** ▮▮▮▮▮▮
Invoice Number:  5699969
Invoice Date:  February 13, 2018

Client/Matter Number:  075692-0000001

Matter Name:    CHAPTER 11 CASES

RE:              CHAPTER 11 CASES

---

*For Professional Services Rendered and Disbursements Incurred through January 16, 2018*

|  | U.S.Dollars |
|---|---|
|  |  |
| Current Fees | 58,695.50 |
| Client Accommodation - 1/2 Non-Working Travel | (918.75) |
| Current Fees Value | 57,776.75 |
| Current Disbursements | 324.20 |
| **Total This Invoice** | **58,100.95** |

---

**Payment may be made by Electronic Funds transfer to the firm's account**

**MORRISON | FOERSTER**

Matter Number:  075692-0000001

Invoice Number:  5699969

Matter Name:  CHAPTER 11 CASES

Invoice Date: February 13, 2018

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| **Case Administration** | | | | |
| 02-Jan-18 | Correspond with internal working group regarding docket updates (.1); retrieve and distribute recently filed pleadings to internal working group (.2); update case calendar and correspond with internal working group regarding same (.4). | Guido, Laura | 0.70 | 248.50 |
| 03-Jan-18 | Correspond with internal working group regarding docket updates (.1); retrieve and distribute recently filed pleadings to internal working group (.1). | Guido, Laura | 0.20 | 71.00 |
| 04-Jan-18 | Correspond with internal working group regarding docket updates (.1); retrieve and distribute recently filed pleadings to internal working group (.2); update case calendar and correspond with internal working group regarding same (.6). | Guido, Laura | 0.90 | 319.50 |
| 05-Jan-18 | Correspond with internal working group regarding docket updates (.1); retrieve and distribute recently filed pleadings to internal working group (.1). | Guido, Laura | 0.20 | 71.00 |
| 08-Jan-18 | Correspond with internal working group regarding docket updates (.1); retrieve and distribute recently filed pleadings to internal working group (.1); update case calendar and correspond with internal working group regarding same (.2). | Guido, Laura | 0.40 | 142.00 |
| 09-Jan-18 | Correspond with internal working group regarding docket updates (.1); retrieve and distribute recently filed pleadings to internal working group (.2). | Guido, Laura | 0.30 | 106.50 |
| 10-Jan-18 | Correspond with internal working group regarding docket updates (.1); retrieve and distribute recently filed pleadings to internal working group (.1). | Guido, Laura | 0.20 | 71.00 |
| 11-Jan-18 | Correspond with internal working group regarding docket updates (.1); retrieve and distribute recently filed pleadings to internal working group (.1); update case calendar and correspond with internal working group regarding same (.3). | Guido, Laura | 0.50 | 177.50 |
| 11-Jan-18 | Call with D. Galfus (BRG) regarding case status. | Harris, Daniel J. | 0.60 | 525.00 |
| 12-Jan-18 | Correspond with internal working group regarding docket updates (.1); retrieve and distribute recently filed pleadings to internal working group (.2). | Guido, Laura | 0.30 | 106.50 |
| 16-Jan-18 | Correspond with internal working group regarding docket updates (.1); retrieve and distribute recently filed pleadings to internal working group (.1); update case calendar and correspond with internal working group regarding same (.4). | Guido, Laura | 0.60 | 213.00 |
| **Total: 007** | **Case Administration** | | **4.90** | **2,051.50** |

**MORRISON | FOERSTER**

| | | | | |
|---|---|---|---|---|
| Matter Number: 075692-0000001 | | | Invoice Number: 5699969 | |
| Matter Name: CHAPTER 11 CASES | | | Invoice Date: February 13, 2018 | |

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| **Claims Administration and Objections** | | | | |
| 02-Jan-18 | Call with J. Weber (Kirkland) and J. Levine regarding Atrium settlement. | Kissner, Andrew | 0.20 | 105.00 |
| 02-Jan-18 | Correspond with internal working group regarding status of claims objections (.2); call with A. Kissner and J. Weber (Kirkland) regarding Atrium settlement (.2); analyze Atrium claim (.3); correspond with J. Weber regarding same (.1). | Levine, Jonathan I. | 0.80 | 900.00 |
| 03-Jan-18 | Correspond with BRG team and J. Levine regarding payment of Seaside note (.2); call with J. Emerson (BRG) regarding same (.2); analyze correspondence relating to same (.2). | Kissner, Andrew | 0.60 | 315.00 |
| 03-Jan-18 | Correspond with BRG team and A. Kissner regarding payment of Seaside note (.2); analyze Seaside notes/claim and complaint regarding same (.6). | Levine, Jonathan I. | 0.80 | 900.00 |
| 16-Jan-18 | Call with S. Zuber (CSG) regarding Cardinal admin claim (.1); correspond with J. Weber (Kirkland) regarding same (.1). | Kissner, Andrew | 0.20 | 105.00 |
| **Total: 008** | **Claims Administration and Objections** | | **2.60** | **2,325.00** |
| **Meetings and Communications with Creditors** | | | | |
| 02-Jan-18 | Call with unsecured creditor regarding confirmation and effective date. | Levine, Jonathan I. | 0.40 | 450.00 |
| 03-Jan-18 | Draft correspondence to Committee regarding confirmation and exit financing (.5); correspond with J. Levine regarding Committee meeting (.1). | Kissner, Andrew | 0.60 | 315.00 |
| 03-Jan-18 | Call with counsel to creditor regarding status of confirmation/effective date (.3); correspond with Committee regarding confirmation update (.2); call with Committee member regarding same (.2); correspond with A. Kissner regarding Committee meeting (.1). | Levine, Jonathan I. | 0.80 | 900.00 |
| 04-Jan-18 | Call with creditor regarding questions regarding distributions and effective date. | Levine, Jonathan I. | 0.30 | 337.50 |
| 05-Jan-18 | Draft correspondence to Committee regarding confirmation hearing and exit financing (.4); correspond with J. Garfinkle (Buchalter) and internal working group regarding same (.2). | Kissner, Andrew | 0.60 | 315.00 |
| 06-Jan-18 | Correspond with Committee regarding updated plan supplement documents. | Harris, Daniel J. | 0.40 | 350.00 |
| 08-Jan-18 | Calls with various creditors regarding confirmation hearing and potential effective date. | Levine, Jonathan I. | 0.40 | 450.00 |

3

# MORRISON | FOERSTER

Matter Number: 075692-0000001  
Matter Name: CHAPTER 11 CASES

Invoice Number: 5699969  
Invoice Date: February 13, 2018

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 09-Jan-18 | Calls with creditor regarding effective date and potential timing of distributions (.3); analyze Committee correspondence regarding confirmation hearing (.1). | Levine, Jonathan I. | 0.40 | 450.00 |
| 10-Jan-18 | Draft correspondence to Committee regarding confirmation and plan effective date. | Kissner, Andrew | 0.40 | 210.00 |
| 10-Jan-18 | Calls with creditors regarding timing of distributions. | Levine, Jonathan I. | 0.60 | 675.00 |
| 11-Jan-18 | Draft correspondence to Committee regarding plan confirmation. | Kissner, Andrew | 0.20 | 105.00 |
| 11-Jan-18 | Calls with various creditors regarding distributions and expected timing. | Levine, Jonathan I. | 0.40 | 450.00 |
| 12-Jan-18 | Correspond with Committee regarding plan effective date and closing of exit financing. | Kissner, Andrew | 0.20 | 105.00 |
| 12-Jan-18 | Correspond with Committee regarding effective date (.3); correspond with J. Weber (Kirkland) regarding same (.2); calls with various creditors regarding effective date and timing of distributions (.7). | Levine, Jonathan I. | 1.20 | 1,350.00 |
| 14-Jan-18 | Correspond with Committee member regarding effective date and 503(b)(9) distributions. | Levine, Jonathan I. | 0.20 | 225.00 |
| 15-Jan-18 | Correspond with creditors regarding effective date and distributions (.4); correspond with internal working group regarding same (.1). | Levine, Jonathan I. | 0.50 | 562.50 |
| 16-Jan-18 | Correspond with Committee regarding plan effective date. | Kissner, Andrew | 0.20 | 105.00 |
| 16-Jan-18 | Correspond with Committee regarding plan effective date. | Levine, Jonathan I. | 0.20 | 225.00 |
| **Total: 015** | **Meetings and Communications with Creditors** | | **8.00** | **7,580.00** |

**Plan and Disclosure Statement**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 02-Jan-18 | Correspond with J. Weber (Kirkland) regarding confirmation and exit financing. | Levine, Jonathan I. | 0.40 | 450.00 |
| 03-Jan-18 | Correspond with C. Marcus (Kirkland) and J. Weber (Kirkland) regarding confirmation update (.3); correspond with E. Fleck (Milbank) and J. Goldstein (Strook) regarding same (.4); call with Kirkland regarding same (.4); correspond with BRG regarding same (.1); correspond with McKesson regarding same (.4); correspond with internal working group regarding effective date issues (.3); correspond with E. Fleck regarding plan confirmation (.2). | Levine, Jonathan I. | 2.10 | 2,362.50 |
| 04-Jan-18 | Correspond with Strook regarding plan (.1); correspond with J. Weber (Kirkland) regarding same (.3). | Levine, Jonathan I. | 0.40 | 450.00 |

**MORRISON | FOERSTER**

Matter Number: 075692-0000001            Invoice Number: 5699969
Matter Name: CHAPTER 11 CASES            Invoice Date: February 13, 2018

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 05-Jan-18 | Analyze revised drafts of confirmation order and plan supplement documents. | Harris, Daniel J. | 1.10 | 962.50 |
| 05-Jan-18 | Correspond with internal working group regarding plan supplement documents. | Kissner, Andrew | 0.30 | 157.50 |
| 05-Jan-18 | Correspond with internal working group regarding revised confirmation order and new domestic revolving credit agreement (.1); correspond with BRG regarding revolving credit agreement (.2); correspond with internal working group and McKesson regarding resolution of SFRO note issues (.3); correspond with J. Weber (Kirkland) regarding same (.2). | Levine, Jonathan I. | 0.80 | 900.00 |
| 05-Jan-18 | Analyze updated confirmation order draft (.8) and credit agreement (.4). | Marinuzzi, Lorenzo | 1.20 | 1,434.00 |
| 06-Jan-18 | Correspond with internal working group regarding plan supplement filing (.3); analyze plan supplement documents (1.3). | Levine, Jonathan I. | 1.60 | 1,800.00 |
| 06-Jan-18 | Analyze plan schedules (.8); analyze Hayes declaration in support of plan confirmation (.3). | Marinuzzi, Lorenzo | 1.10 | 1,314.50 |
| 07-Jan-18 | Analyze plan supplement documents (1.4); correspond with internal working group regarding same (.3); correspond with J. Levine regarding new organizational documents (.2). | Kissner, Andrew | 1.90 | 997.50 |
| 07-Jan-18 | Analyze plan supplement documents (1.4); correspond with BRG regarding same (.1); correspond with internal working group regarding same (.2); correspond with A. Kissner regarding plan supplement corporate documents (.2). | Levine, Jonathan I. | 1.90 | 2,137.50 |
| 08-Jan-18 | Analyze revised draft warrant and Debtors' organizational documents (1.5); call with A. Kissner and J. Levine regarding same (.3). | Bell, Jeffery | 1.80 | 1,845.00 |
| 08-Jan-18 | Analyze revised draft warrant and Debtors' organizational documents (.4); call with J. Bell and J. Levine regarding same (.3); correspond with internal working group regarding same (.2); analyze objection to plan confirmation filed by physician (.4); draft summary of same (.2). | Kissner, Andrew | 1.50 | 787.50 |

5

# MORRISON | FOERSTER

| | |
|---|---|
| Matter Number:  075692-0000001 | Invoice Number:  5699969 |
| Matter Name:  CHAPTER 11 CASES | Invoice Date: February 13, 2018 |

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 08-Jan-18 | Analyze Hayes declaration in support of confirmation (.2); correspond with J. Goldstein (Stroock) regarding new revolving facility (.1); correspond with McKesson regarding committee designee (.2); analyze Dr. Crook's objection to confirmation (.1); call with J. Bell and A. Kissner regarding review of reorganized Debtors' corporate documents and warrants (.3); analyze certain provisions regarding same (.2); analyze revisions to confirmation order (.1); correspond with J. Weber (Kirkland) regarding confirmation (.3); analyze revised confirmation objection chart (.2); analyze further revisions to credit documents and second lien indenture (.4); analyze notices of withdrawal regarding plan objections (.2). | Levine, Jonathan I. | 2.30 | 2,587.50 |
| 09-Jan-18 | Correspond with internal working group regarding plan confirmation. | Kissner, Andrew | 0.30 | 157.50 |
| 09-Jan-18 | Analyze proposed language for confirmation order regarding class acceptance issue (.3); correspond with J. Weber (Kirkland) regarding same (.1); correspond with counsel to interested parties regarding same (.1); correspond with Florida Oncology Partners regarding confirmation and committee designee role (.2); correspond with McKesson regarding committee designee role (.1); analyze revisions to confirmation order (.1). | Levine, Jonathan I. | 0.90 | 1,012.50 |
| 09-Jan-18 | Analyze declaration in support of confirmation (.6); revise confirmation order (.8); analyze voting declaration (.3); analyze Dr. Crook plan objection (.5); analyze revised objection summary chart (.4). | Marinuzzi, Lorenzo | 2.60 | 3,107.00 |
| 10-Jan-18 | Analyze revised draft of confirmation order. | Harris, Daniel J. | 0.40 | 350.00 |
| 10-Jan-18 | Analyze voting results (.7); draft memorandum regarding rejecting unsecured classes (1.1); meet with A. Kissner regarding voting tabulation issue (.4). | Heller, Russell | 2.20 | 1,155.00 |
| 10-Jan-18 | Meet with R. Heller regarding voting tabulation issue (.4); call with D. Galfus (BRG) regarding committee designee (.1); correspond with J. Weber (Kirkland), BRG team and internal working group regarding committee designee and funding of fee escrow (.4); analyze voting tabulation report (.6) and rejecting unsecured claims (.3); draft memorandum summarizing same (.6). | Kissner, Andrew | 2.40 | 1,260.00 |

6

# MORRISON | FOERSTER

Matter Number: 075692-0000001                                  Invoice Number: 5699969
Matter Name: CHAPTER 11 CASES                                  Invoice Date: February 13, 2018

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 10-Jan-18 | Correspond with Florida Oncology regarding committee designee role (.3); correspond with Committee regarding confirmation and effective date (.1); analyze further revisions to confirmation order (.1); attend to effective date issues (.4); analyze funds flow (.1); correspond with BRG regarding same (.1). | Levine, Jonathan I. | 1.10 | 1,237.50 |
| 10-Jan-18 | Analyze revised confirmation order. | Marinuzzi, Lorenzo | 0.50 | 597.50 |
| 11-Jan-18 | Meet with A. Kissner to discuss rejecting unsecured claims (.4); analyze chart in preparation for same (.4); analyze select claims following meeting (.9); analyze revised draft of confirmation order (.2); correspond with Kirkland team regarding closing (.2). | Harris, Daniel J. | 2.10 | 1,837.50 |
| 11-Jan-18 | Meet with D. Harris to discuss rejecting unsecured claims (.4); meet with J. Levine to discuss same (.2); analyze claims voted at each rejecting debtor entity (.6). | Kissner, Andrew | 1.20 | 630.00 |
| 11-Jan-18 | Correspond with J. Weber (Kirkland) regarding funds flow (.1); correspond with BRG regarding same (.2); correspond with Kirkland regarding effective date (.9); analyze rejecting unsecured classes (.6); meet with A. Kissner to discuss rejecting unsecured claims (.2). | Levine, Jonathan I. | 2.00 | 2,250.00 |
| 12-Jan-18 | Correspond with J. Weber (Kirkland) and Committee regarding effective date. | Harris, Daniel J. | 0.40 | 350.00 |
| 15-Jan-18 | Correspond with Kirkland regarding effective date and related issues (.3); correspond with internal working group regarding same (.3). | Levine, Jonathan I. | 0.60 | 675.00 |
| **Total: 017** | **Plan and Disclosure Statement** | | **35.10** | **32,805.50** |

**Business Operations**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 04-Jan-18 | Analyze November monthly operating report. | Marinuzzi, Lorenzo | 0.40 | 478.00 |
| **Total: 006** | **Business Operations** | | **0.40** | **478.00** |

**Hearings**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 05-Jan-18 | Schedule January 9 telephonic hearing appearance for A. Kissner. | Guido, Laura | 0.30 | 106.50 |
| 05-Jan-18 | Correspond with internal working group regarding confirmation hearing (.3); correspond with J. Weber (Kirkland) and C. Marcus (Kirkland) regarding same (.2); correspond with P. Schwartzberg (U.S. Trustee) regarding status of confirmation hearing (.1); analyze Roche pleadings regarding withdrawal of limited objection (.1). | Levine, Jonathan I. | 0.70 | 787.50 |
| 08-Jan-18 | Update confirmation hearing materials. | Guido, Laura | 0.40 | 142.00 |

7

MORRISON | FOERSTER

| | | | |
|---|---|---|---|
| Matter Number: 075692-0000001 | | Invoice Number: 5699969 | |
| Matter Name: CHAPTER 11 CASES | | Invoice Date: February 13, 2018 | |

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 08-Jan-18 | Analyze confirmation order, plan supplement and objections chart in preparation for confirmation hearing. | Harris, Daniel J. | 0.70 | 612.50 |
| 08-Jan-18 | Prepare for confirmation hearing (.3); draft correspondence to Committee regarding same (.3). | Kissner, Andrew | 0.60 | 315.00 |
| 08-Jan-18 | Prepare for confirmation hearing including review of certain documents in connection therewith. | Levine, Jonathan I. | 0.80 | 900.00 |
| 09-Jan-18 | Prepare for (.3) and participate in (.6) plan confirmation hearing (partial). | Butterfield, Benjamin | 0.90 | 652.50 |
| 09-Jan-18 | Participate in confirmation hearing (2.6); correspond with Committee regarding same (.4); analyze revised drafts of confirmation order following same (.9). | Harris, Daniel J. | 3.90 | 3,412.50 |
| 09-Jan-18 | Participate in confirmation hearing. | Levine, Jonathan I. | 2.60 | 2,925.00 |
| **Total: 024** | **Hearings** | | **10.90** | **9,853.50** |

**Non-Working Travel**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 09-Jan-18 | Travel to/from White Plains for confirmation hearing. | Harris, Daniel J. | 2.10 | 1,837.50 |
| **Total: 016** | **Non-Working Travel** | | **2.10** | **1,837.50** |

**Asset Disposition**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 09-Jan-18 | Analyze Adventist indication of interest regarding certain assets. | Levine, Jonathan I. | 0.10 | 112.50 |
| 09-Jan-18 | Analyze offer from third party to acquire segment of business. | Marinuzzi, Lorenzo | 0.40 | 478.00 |
| **Total: 002** | **Asset Disposition** | | **0.50** | **590.50** |

**Relief from Stay and Adequate Protection**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 09-Jan-18 | Analyze Daly lift stay motion. | Marinuzzi, Lorenzo | 0.70 | 836.50 |
| **Total: 019** | **Relief from Stay and Adequate Protection** | | **0.70** | **836.50** |

**Employment and Fee Applications**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 10-Jan-18 | Correspond with internal working group regarding effective date professional reserve (.1); correspond with BRG regarding same (.1). | Levine, Jonathan I. | 0.20 | 225.00 |
| 11-Jan-18 | Correspond with internal working group regarding final fee application. | Levine, Jonathan I. | 0.10 | 112.50 |
| **Total: 011** | **Employment and Fee Applications** | | **0.30** | **337.50** |

| | |
|---|---|
| **Current Fees** | **57,776.75** |

# MORRISON | FOERSTER

Matter Number: 075692-0000001                                    Invoice Number: 5699969
Matter Name: CHAPTER 11 CASES                                    Invoice Date: February 13, 2018

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|---|---|---|---|---|
| 15632 | Bell, Jeffery | 1,025.00 | 1.80 | 1,845.00 |
| 20215 | Levine, Jonathan I. | 1,125.00 | 25.60 | 28,800.00 |
| 14116 | Marinuzzi, Lorenzo | 1,195.00 | 6.90 | 8,245.50 |
| 20018 | Butterfield, Benjamin | 725.00 | 0.90 | 652.50 |
| 18102 | Harris, Daniel J. | 875.00 | 11.70 | 10,237.50 |
| 22244 | Heller, Russell | 525.00 | 2.20 | 1,155.00 |
| 19671 | Kissner, Andrew | 525.00 | 11.40 | 5,985.00 |
| 13849 | Guido, Laura | 355.00 | 5.00 | 1,775.00 |
|  | Client Accommodation - 1/2 Non-Working Travel |  |  | (918.75) |
|  | **TOTAL** |  | **65.50** | **57,776.75** |

9

**MORRISON | FOERSTER**

Matter Number: 075692-0000001

Matter Name: CHAPTER 11 CASES

Invoice Number: 5699969

Invoice Date: February 13, 2018

## Task Code Summary

| Task Code | Description | Hours | Value |
|---|---|---|---|
| 002 | Asset Disposition | 0.50 | 590.50 |
| 006 | Business Operations | 0.40 | 478.00 |
| 007 | Case Administration | 4.90 | 2,051.50 |
| 008 | Claims Administration and Objections | 2.60 | 2,325.00 |
| 011 | Employment and Fee Applications | 0.30 | 337.50 |
| 015 | Meetings and Communications with Creditors | 8.00 | 7,580.00 |
| 016 | Non-Working Travel | 2.10 | 1,837.50 |
| 017 | Plan and Disclosure Statement | 35.10 | 32,805.50 |
| 019 | Relief from Stay and Adequate Protection | 0.70 | 836.50 |
| 024 | Hearings | 10.90 | 9,853.50 |
| | Client Accommodation - 1/2 Non-Working Travel | | (918.75) |
| | **TOTAL** | **65.50** | **57,776.75** |

# MORRISON | FOERSTER

Matter Number: 075692-0000001

Matter Name: CHAPTER 11 CASES

Invoice Number: 5699969

Invoice Date: February 13, 2018

## Disbursement Detail

| Date | Description | Value |
|------|-------------|-------|
| 09-Jan-18 | Travel, parking, D. Harris, traveling to White Plains for hearing, 1/9/18 | 35.00 |
| 01-Jan-18 | EDiscovery, Epiq Managed Services, eDiscovery December 2017 | 154.20 |
| 04-Jan-18 | Court filing service, CourtCall, A. Kissner, 12/21/2017 hearing | 30.00 |
| 15-Jan-18 | Court filing service, CourtCall, A. Kissner, 1/9/2018 hearing | 65.00 |
| 09-Jan-18 | Travel meals, J. Levine and D. Harris, lunch, in White Plains for hearing, 1/9/18 | 40.00 |
| | **Current Disbursements** | **324.20** |

11

**MORRISON | FOERSTER**

Matter Number:  075692-0000001

Invoice Number:  5699969

Matter Name:  CHAPTER 11 CASES

Invoice Date: February 13, 2018

## Invoice Summary

|  | U.S.Dollars |
|---|---|
| Total Fees | 57,776.75 |
| Total Disbursements | 324.20 |
| **Total Amount Due** | **58,100.95** |

**MORRISON** | **FOERSTER**

Matter Number:  075692-0000001                                          Invoice Number:  5699969
Matter Name:  CHAPTER 11 CASES                                         Invoice Date: February 13, 2018

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 17-Aug-17 | 5652767 | USD | 364,062.77 | 291,931.77 | 72,131.00 |
| 21-Aug-17 | 5653350 | USD | 348,336.57 | 279,243.42 | 69,093.15 |
| 30-Sep-17 | 5664812 | USD | 253,512.29 | 203,920.89 | 49,591.40 |
| 20-Oct-17 | 5670534 | USD | 198,631.70 | 159,258.40 | 39,373.30 |
| 27-Nov-17 | 5680993 | USD | 125,274.49 | 100,404.09 | 24,870.40 |
| 22-Dec-17 | 5689048 | USD | 111,852.81 | 0.00 | 111,852.81 |
| 25-Jan-18 | 5694992 | USD | 62,436.32 | 0.00 | 62,436.32 |