**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| 21st CENTURY ONCOLOGY HOLDINGS, INC., *et al.*,[1] | ) Case No. 17-22770 (RDD) |
| Reorganized Debtors. | ) (Jointly Administered) |

**ORDER (I) CLOSING THE BANKRUPTCY CASE *NUNC PRO TUNC* TO SEPTEMBER 29, 2020, (II) ENTERING A FINAL DECREE AND (III) GRANTING RELATED RELIEF**

Upon the *Reorganized Debtors' Motion for Entry of an Order (I) Closing the Bankruptcy Case* nunc pro tunc *to September 29, 2020, (II) Entering a Final Decree and (III) Granting Related Relief* [Docket No. 1459], by notice of presentment dated September 29, 2020 (the "**Motion**");[2] and it appearing that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b); and it appearing that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and there being due and sufficient notice of the Motion and the opportunity for a hearing thereon; and there being no objections to the requested relief, including the form of this Order; and no additional notice or a hearing being required; and upon all related orders, pleadings and proceedings; and, after due deliberation, the Court having determined that the estate in the Main Bankruptcy Case has been fully administered for purposes of 11 U.S.C. §

---

[1] Each of the Reorganized Debtors in the above-captioned jointly administered chapter 11 cases and their respective tax identification numbers are set forth in the *Order Directing Joint Administration of Chapter 11 Cases* [Docket No. 30]. The location of 21st Century Oncology Holdings, Inc.'s corporate headquarters and the Debtors' service address is: 2270 Colonial Boulevard, Fort Myers, Florida 33907.

[2] Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the Motion.

{S2664223; 1}

350(a) and Fed. R. Bankr. P. 3022 and that the Motion establishes good and sufficient cause to close the Main Bankruptcy Case on the terms of this Order; now, therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Main Bankruptcy Case is hereby closed as of the date of the Motion, September 29, 2020.

3. Entry of this Order is without prejudice to the rights of the Debtors, the Reorganized Debtors, or any other party in interest to seek to reopen the Main Bankruptcy Case for cause shown in accordance with 11 U.S.C. § 350(b), including, without limitation, in the event the continued prosecution of the Woods Action by Woods violates this Court's prior orders (including the Woods Stipulation and the Motion to Enforce Order).

4. The Reorganized Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted in accordance with the Motion and pursuant to this Order.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order, including to hear and determine all matters relating to the chapter 11 cases and the Plan and the Bizzell Action, without prejudice to the Reorganized Debtors' right to reopen any of the chapter 11 cases pursuant to section 350(b) of the Bankruptcy Code.

7. Within fourteen (14) days after entry of this Order, the Debtors shall pay any fees due to the U.S. Trustee pursuant to 28 U.S.C. section 1930, to the extent not already paid.

Dated: White Plains, New York
October 16, 2020

<u>/s/ Robert D. Drain</u>
United States Bankruptcy Judge