UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE: MORRIS LEE SCOTT

JESSIE LEE BIZZELL,

              Appellant,

-against-

KURTZMAN CARSON CONSULTANTS LLC,

              Appellee.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2022

No. 21 Civ. 5894 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      On July 8, 2021, Jessie Lee Bizzell ("Appellant") filed a Notice of Appeal seeking review of the Bankruptcy Court's order granting Kurtzman Carson Consultants LLC's ("Kurtzman") motion to dismiss. (ECF No. 1.) The Notice of Appeal attaches the Bankruptcy Court's order. (*Id*.) Pursuant to Bankruptcy Rules 8006 and 8009, Appellant had 14 days from the date of filing to perfect his appeal. Accordingly, he failed to comply with the Bankruptcy Rules concerning the perfection of his appeal.

      On May 9, 2022, the Court issued an Order to Show Cause directing Appellant show cause in writing on or before June 6, 2022 whether there is excusable neglect to excuse the failure to perfect his appeal. The Court warned that failure to comply with this Court's Order would result in dismissal of this action for failure to perfect. On May 25, 2022, Appellant filed a response to the Court's Order, however he failed to perfect the appeal.

Therefore, Appellant's appeal is dismissed for failure to perfect. The Clerk of Court is directed to mail a copy of this order to *pro se* Plaintiff at the address on ECF, show service on the docket, and terminate this case.

Dated: June 7, 2022
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge